UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | CHAPTER 12 |
| GORRELL DAIRY LLC | |
| Debtor. | BK No. 18-05275 |
| In re: | CHAPTER 12 |
| GLENN D. GORRELL<br>ROBIN J. GORRELL | |
| Debtors. | BK No. 18-05276 |

**ORDER PURSUANT TO RULE 1015(b) OF THE FEDERAL
RULES OF BANKRUPTCY PROCEDURE DIRECTING JOINT
ADMINISTRATION OF THE DEBTORS' CHAPTER 12 CASES**

This matter coming before the Court on the motion of the debtors and debtors-in-possession, pursuant to 11 U.S.C. §105(a), for an order pursuant to Rule 1015(b) of the Federal Rules of Bankruptcy Procedure, directing joint administration of their Chapter 12 cases (the "Motion"), filed by the debtors and debtors-in-possession in the above-captioned cases (collectively, the "Debtors"); the Court having reviewed the Motion and the affirmation of David H. Ealy, Esq., filed in support of the Debtors' Motions; and having considered the statements of counsel and the evidence produced with respect to the Motions, at a hearing before the Court (the "Hearing"); and the Court having found that (a) the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§157 and 1334; (b) this is a core proceeding pursuant to 28 U.S.C. §157(b); (c) notice of the Motion and the Hearing was sufficient under the circumstances; and (d)

the Court having determined that the legal and factual basis set forth in the Motion and the affirmation and at the Hearing established just cause for the relief granted herein.

IT IS HEREBY ORDERED THAT:

1. The Motion is GRANTED.

2. The above-captioned Chapter 12 cases are consolidated for procedural purposes only and shall be jointly administered by the Court.

3. Nothing contained in this Order shall be deemed or construed as directing or otherwise effecting the substantive consolidation of the above-captioned Chapter 12 cases.

4. The caption of the jointly administered Chapter 12 cases shall read as follows:

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:<br><br>GORRELL DAIRY LLC,<br>et al.,<br><br>Debtors. | CHAPTER 12<br><br>BK No. 18-05275<br>(Jointly Administered) |

5. A notation substantially similar to the following notification shall be entered on the docket of each of the Debtors' cases to reflect the joint administration of these cases:

> An Order has been entered in this case directing the procedural consolidation and joint administration of the Chapter 12 cases of Gorrell Dairy LLC, and its affiliated entities Glenn D. Gorrell and Robin J. Gorrell. The docket in Chapter 12 case no. 18-05275 should be consulted for all matters affecting this case.

6. The Debtors are hereby authorized to file the monthly operating reports required by the Chapter 12 Trustee on a consolidated basis if the Debtors determine, after consultation with the Chapter 12 Trustee, that consolidated reports would further administrative economy and efficiency without prejudice to any party in interest and that the reports would accurately reflect the Debtors' consolidated business operations and financial matters.

7. That the (a) recordation of time entries; (b) filing of fee applications by; and (c) payments of allowed compensation to, Trevett Cristo, are authorized to be done on a joint basis (without allocation).

8. The original of the Order of Joint Administration shall be filed in the case file of the lead case.

9. The Clerk shall maintain only the lead case file and docket for all activity affecting the jointly administered cases.

10. Within ten (10) days from entry of the Order of Joint Administration, the Debtors shall file with the Court a consolidated matrix comprising a total mailing list of all interested parties in the substantively consolidated cases, without duplication.

Dated: _____, 2019
      Wilkes-Barre, Pennsylvania

_____
HON. ROBERT N. OPEL, II
U.S. BANKRUPTCY COURT