**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In Re: | : | |
| | : | **Chapter 12** |
| **GORRELL DAIRY LLC** | : | |
| Debtor | : | **Bk. No. 18-05725** |

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**
**PURSUANT TO FED.R.BANKR.P. 2002(g)**

PLEASE TAKE NOTICE that Roger Mattes, Jr., Esquire is an authorized agent for Growmark FS LLC, FS Agri-Finance, a creditor in the above-captioned Chapter 12 case, requests, pursuant to Rules 2002 and 9007 of the Federal Rules of Bankruptcy Procedure, (the Bankruptcy Rules), and Sections 102(a), 342 and 1109(b) of Title 11 of the United States Code, 11 U.S.C. §§ 101, et seq., (as amended, the Bankruptcy Code), that all notices given or required to be given and all papers served or required to be served in this case also be given to and served, whether electronically or otherwise, on:

> Growmark FS LLC
> FS Agri-Finance
> % Mattes & Mattes, P.C.
> 324 North Washington Avenue
> Scranton, PA 18503-1578
> Telephone: (570) 969-2222
> Facsimile: (570) 343-3111
> Email: info@matteslawyers.com

MATTES & MATTES, P.C.

Dated: 04/17/19              by:       /s/ Roger Mattes, Jr.
                                       Roger Mattes, Jr., Esquire
                                       Attorney for the Creditor, Growmark
                                       FS LLC, FS Agri-Finance
                                       324 North Washington Avenue
                                       Scranton, PA 18503-1578
                                       (570) 969-2222
                                       Attorney ID No. 64691