UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | CHAPTER 12 |
| GORRELL DAIRY LLC | CASE NO. 5-18-bk-05275 RNO |
| ***************************************** | CASE NO. 5-18-bk-05276 RNO |
| GLENN D. GORRELL | |
| ROBIN J. GORRELL | (Jointly Administered) |
| Debtors. | |

## CERTIFICATE OF SERVICE

The undersigned does hereby certify that on April 22, 2019, I caused to be electronically mailed via CM/ECF, a copy of the within **DECLARATION IN OPPOSITION TO MOTION OF DEERE & COMPANY d/b/a JOHN DEERE FINANCIAL FOR ADEQUATE PROTECTION** on the following persons at the addresses set forth below:

Christopher H Kenyon on behalf of Creditor First Citizens Community Bank
ckenyon@mcclaw.com, apepperman@mcclaw.com;mkeller@mcclaw.com

William G Schwab on behalf of Trustee William G Schwab (Trustee)
ECF@uslawcenter.com, schwab@uslawcenter.com

William G Schwab (Trustee)
schwab@uslawcenter.com, wschwab@iq7technology.com;ecf@uslawcenter.com

United States Trustee
ustpregion03.ha.ecf@usdoj.gov

Melissa L. Van Eck on behalf of Creditor Commonwealth of Pennsylvania, Department of Revenue
mvaneck@attorneygeneral.gov, ARC-CourtMiddleDistrict@attorneygeneral.gov

Lisa M. Doran on behalf of Creditor Cargill, Inc.
ldoran@dorananddoran.com

Keri P Ebeck on behalf of Creditor Deere & Company d/b/a John Deere Financial
kebeck@bernsteinlaw.com, DMcKay@bernsteinlaw.com

James T. Shoemaker on behalf of Attorney Northern Tier Regional Planning and Development Commission
c/o James T. Shoemaker, Esquire
jshoemaker@hkqpc.com

Matthew F. Marshall on behalf of Creditor AgChoice Farm Credit, ACA
mmarshall@dmkcg.com, jrickabaugh@dmkcg.com

James Warmbrodt on behalf of Creditor United States of America Acting thru USDA Farm Service Agency
bkgroup@kmllawgroup.com

Roger Mattes, Jr on behalf of Creditor Gromark
matteslaw@epix.net, joan.bird@frontier.com

Dated: April 22, 2019

_____
David H. Ealy