**LOCAL BANKRUPTCY FORM 9013-3**

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | CHAPTER __12__ |
| GLENN D. GORRELL | : | |
| ROBIN J. GORRELL | : | CASE NO. __5__-__18__-bk-__05276-RNO__ |
| | : | Jointly Administered with 5: 18-bk-05275 |
| **Debtor(s)** | : | |
| DEERE & COMPANY D/B/A JOHN DEERE FINANCIAL | : | ADVERSARY NO. ___-___ -ap-_____ (if applicable) |
| | : | |
| **Plaintiff(s)/Movant(s)** | : | |
| vs. | : | Nature of Proceeding: Motion for Adequate Protection |
| GLENN D. GORRELL | : | |
| ROBIN J. GORRELL | : | |
| WILLIAM G. SCHWAB, Chapter 12 Trustee | : | |
| | : | |
| **Defendant(s)/Respondent(s)** | : | Document #: 37 |

**REQUEST TO CONTINUE HEARING/TRIAL WITH CONCURRENCE[1]**

This request must be filed at least twenty-four (24) hours prior to the hearing. All requests must be approved by the Court. Submitting a request is not an automatic continuance.

The undersigned hereby requests a continuance with the concurrence of the opposing party (parties). This is a first request for a continuance.[2]

Reason for the continuance.

Movant requests a Two (2) Week continuance of the Motion for Adequate Protection Hearing scheduled for Tuesday May 14, 2019 at 9:30 am to give the Movant and the Debtors time to work out a settlement of the Adequate Protection Payments.

Contemporaneous with the filing of this request, the undersigned has served a copy of this request upon all counsel participating in this proceeding.

Dated: May 10, 2019

/s/ Keri P. Ebeck

Attorney for Deere & Company d/b/a John Deere F

Name: Keri P. Ebeck

Phone Number: (412) 456-8112

---

[1] No alterations or interlineations of this document are permitted.

[2] If this is not a first request for a continuance, then a Motion to Continue must be filed.