**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br>GORRELL DAIRY, LLC<br>               Debtor | NO. 18-05275-RNO<br><br>CHAPTER 12 |
| U.S. DEPARTMENT OF AGRICULTURE,<br>FARM SERVICE AGENCY<br>               Movant<br>   v.<br><br>GORRELL DAIRY, LLC<br>               Respondent | |

## <u>ORDER</u>

Upon consideration of the foregoing Stipulation, it is hereby ORDERED that the

parties' Stipulation be and hereby is APPROVED.