In re:  
Gorrell Dairy LLC  
    Debtor

Case No. 18-05275-RNO  
Chapter 12

# CERTIFICATE OF NOTICE

District/off: 0314-5     User: KADavis     Page 1 of 2     Date Rcvd: May 20, 2019  
                       Form ID: pdf010     Total Noticed: 49

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 22, 2019.

```
db            +Gorrell Dairy LLC,    392 Wood Road,    Milan, PA 18831-7977
cr             Commonwealth of Pennsylvania, Department of Revenu,    Bureau of Compliance,    PO Box 280948,
                 Harrisburg, PA  17128-0938
cr             Gerard Spencer,    c/o John H. Doran, Esquire,    69 Public Square, Suite 700,
                 Wilkes-Barre, PA  18701
mpt           +Glenn D. Gorrell,    392 Wood Road,    Milan, PA 18831-7977
cr            +Gromark,    % Mattes & Mattes, P.C.,    324 North Washington Avenue,    Scranton, PA 18503-1578
mpt           +Robin J. Gorrell,    392 Wood Road,    Milan, PA 18831-7977
5172181       +1112 Ekstam Drive Unit #3,    308 NE Front Street,    Milford, DE 19963-1434
5142005       +ACKLEYS GARAGE,    5299 Mac Road,    Ulster, PA 18850-7874
5191649       +AG CHOICE FARM CREDIT,    24668 Route 6,    Towanda, PA 18848-8255
5191650       +AMERICAN EXPRESS,    Correspondence Bankruptcy,    P.O. Box 981540,    El Paso, TX 79998-1540
5142006        ANIMART LLC,    P.O. Box 575,    Manchester, PA 17345-0575
5191651        BRADFORD COUNTY TAX CLAIM BUREAU,    Courthouse,    301 Main Street,    Towanda, PA 18848-1891
5191652       +CARGILL ANIMAL NUTRITION,    P.O. Box 250,    149 Jonergin Drive,    Swanton, VT 05488-1368
5191653       +CITI/SEARS,    Centralized Bankruptcy,    P.O. Box 790034,    Saint Louis, MO 63179-0034
5191654       +CNH INDUSTRIAL CAPITAL,    Attn.: Bankruptcy,    P.O. Box 71264,    Philadelphia, PA 19176-6264
5142007       +COMMONWEALTH FINANCING AUTHORITY,    P.O. Box 884,    Harrisburg, PA 17108-0884
5191655       +COMPTROLLER OPERATIONS,    DCED LOAN ACCOUNTING,    P.O. Box 554,    Harrisburg, PA 17108-0554
5142008       +D&S GLOBAL SOLUTIONS,    13809 Research Blvd.,    Suite 800,    Austin, TX 78750-1211
5191656       +D&S LTD.,    13809 Research Blvd.,    Austin, TX 78750-1241
5142010       +FIRST CITIZENS COMMUNITY BANK,    15 South Main St.,    Mansfield, PA 16933-1590
5142009       +FIRST CITIZENS COMMUNITY BANK,    1133 W. Main St.,    Troy, PA 16947-1135
5142011       +FISHER & THOMPSON, INC.,    100 Newport Rd.,    Leola, PA 17540-1822
5142012       +FS AGRI-FINANCE,    445 N. Minnesota St., Suite 1700,    Saint Paul, MN 55101-3161
5142013       +GORRELL, GLENN D.,    392 Wood Road,    Milan, PA 18831-7977
5191657       +GORRELL, GLENN D.,    392 Wood Road,    Milan, PA 18831-7977
5191673       +GORRELL, GLENN D.,    392 Wood Road,    Milan, PA 18831-7977
5191658        GORRELL, P. JEAN,    220 Schwartzwood Road,    Newton, NJ 07860
5191659       +GORRELL, ROBIN J.,    392 Wood Road,    Milan, PA 18831-7977
5191675       +GORRELL, ROBIN J.,    392 Wood Road,    Milan, PA 18831-7977
5172378       +GROWMARK FS,    1701 Towanda Avenue,    Bloomington, IL 61701-2057
5186888        Growmark FS LLC,    FS Agri-Finance,    % Mattes & Mattes, P.C.,    324 North Washington Avenue,
                 Scranton, PA  18503-1578
5142014       +HESS FARM EQUIPMENT INC.,    3886 Route 414,    Canton, PA 17724-7507
5142015       +HUBNER SEED,    800 N. Lindbergh Blvd., NC2B,    Saint Louis, MO 63167-1000
5153998       +Hubner Seed and Monsanto Co,    800 N Lindbergh Blvd,    St Louis, MO 63167-1000
5191661        JOHN DEERE CREDIT, U.S.A.,    6400 NW 86th Street,    P.O. Box 6600,    Johnston, IA 50131-6600
5191662        JOHN DEERE FINANCIAL,    P.O. Box 6600,    Milan, PA 18831-7977
5142016       +JUDSONS INC.,    P.O. Box 67,    Columbia Cross Roads, PA 16914-0067
5142017       +LAUREL HILL VETERINARY SERVICE, INC,    P.O. Box 35,    East Smithfield, PA 18817-0035
5142018       +MADIGAN TRUCKING INC.,    5741 Burlington Turnpikc,    Towanda, PA 18848-8476
5142019       +MAPLE CREST FARM,    31 Shell Road,    Columbia Cross Roads, PA 16914-8086
5142020       +McCORMICK LAW FIRM,    Ann S. Pepperman, Esquire,    835 West Fourth Street,
                 Williamsport, PA  17701-6179
5191663       +OFFICE OF THE ATTORNEY GENERAL,    15th Floor, Strawberry Square,    Harrisburg, PA 17120-0001
5142021       +ONDA, LABUHN, RANKIN & BOGGS,    35 North Fourth Street,    Suite 100,    Columbus, OH 43215-3612
5172377       +P. Carolina DeLeon-Bond,    GROWMARK, Inc.,    1701 Towanda Avenue,    Bloomington, IL 61701-2057
5160101       +United States of America,    Acting thru USDA Farm Service Agency,    200 Lake Rd Suite D,
                 Towanda, PA  18848-9693
5142024       +WRISLEY TRACK & WHEEL INC.,    367 Milan Road,    East Smithfield, PA 18817-7713
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
5191660        E-mail/Text: prock31@frontiernet.net May 20 2019 18:53:10      H. ROCKWELL & SON,    P.O Box 197,
                 Canton, PA 17724
5146493        E-mail/Text: RVSVCBICNOTICE1@state.pa.us May 20 2019 18:53:55
                 Pennsylvania Department of Revenue,    Bankruptcy Division PO Box 280946,
                 Harrisburg, PA  17128-0946
5142023       +E-mail/Text: reastabrook@godandy.com May 20 2019 18:54:30      WOC ENERGY SERVICES,
                 Attn:  Credit Dept.,    44 Reuter Blvd.,    Towanda, PA 18848-2153
                                                                                              TOTAL: 3
```

        ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****

```
5159033        Gerard Spencer,    c/o John H. Doran, Esquire,    Address removed per docket entry 28
cr*           +First Citizens Community Bank,    15 South Main Street,    Mansfield, PA 16933-1590
5191665*      +AG CHOICE FARM CREDIT,    24668 Route 6,    Towanda, PA 18848-8255
5191666*      +AMERICAN EXPRESS,    Correspondence Bankruptcy,    P.O. Box 981540,    El Paso, TX 79998-1540
5191667*       BRADFORD COUNTY TAX CLAIM BUREAU,    Courthouse,    301 Main Street,    Towanda, PA 18848-1891
5191668*      +CARGILL ANIMAL NUTRITION,    P.O. Box 250,    149 Jonergin Drive,    Swanton, VT 05488-1368
5191669*      +CITI/SEARS,    Centralized Bankruptcy,    P.O. Box 790034,    Saint Louis, MO 63179-0034
5191670*      +CNH INDUSTRIAL CAPITAL,    Attn.: Bankruptcy,    P.O. Box 71264,    Philadelphia, PA 19176-6264
5191671*      +COMPTROLLER OPERATIONS,    DCED LOAN ACCOUNTING,    P.O. Box 554,    Harrisburg, PA 17108-0554
5191672*      +D&S LTD.,    13809 Research Blvd.,    Austin, TX 78750-1241
5191674*       GORRELL, P. JEAN,    220 Schwartzwood Road,    Newton, NJ 07860
```

```
            ***** BYPASSED RECIPIENTS (continued) *****
5191676*     ++H ROCKWELL SON INC,    430 TROY STREET,    CANTON PA 17724-1024
              (address filed with court:   H. ROCKWELL & SON,    P.O Box 197,    Canton, PA 17724)
5191677*      JOHN DEERE CREDIT, U.S.A.,    6400 NW 86th Street,    P.O. Box 6600,    Johnston, IA 50131-6600
5191678*      JOHN DEERE FINANCIAL,    P.O. Box 6600,    Milan, PA 18831-7977
5191679*     +OFFICE OF THE ATTORNEY GENERAL,    15th Floor, Strawberry Square,    Harrisburg, PA 17120-0001
5191664*      PENNSYLVANIA DEPT. OF REVENUE,    Bankruptcy Division,    P.O Box 280946,
               Harrisburg, PA 17128-1041
5191680*      PENNSYLVANIA DEPT. OF REVENUE,    Bankruptcy Division,    P.O Box 280946,
               Harrisburg, PA 17128-1041
5142022      ##USDA FARM SERVICE AGENCY,    One Credit Union Place, Suite 320,    Harrisburg, PA 17110-2994
                                                                                       TOTALS: 1, * 16, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 22, 2019                                        Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 20, 2019 at the address(es) listed below:

              Christopher H Kenyon    on behalf of Creditor    First Citizens Community Bank ckenyon@mcclaw.com,
               apepperman@mcclaw.com;mkeller@mcclaw.com
              David H Ealy    on behalf of Debtor 2 Robin J. Gorrell dealy@trevettcristo.com,
               sgoodlein@trevettcristo.com;rkernan@trevettcristo.com
              David H Ealy    on behalf of Miscellaneous Participant Robin J. Gorrell dealy@trevettcristo.com,
               sgoodlein@trevettcristo.com;rkernan@trevettcristo.com
              David H Ealy    on behalf of Debtor 1    Gorrell Dairy LLC dealy@trevettcristo.com,
               sgoodlein@trevettcristo.com;rkernan@trevettcristo.com
              David H Ealy    on behalf of Debtor 1 Glenn D. Gorrell dealy@trevettcristo.com,
               sgoodlein@trevettcristo.com;rkernan@trevettcristo.com
              David H Ealy    on behalf of Miscellaneous Participant Glenn D. Gorrell dealy@trevettcristo.com,
               sgoodlein@trevettcristo.com;rkernan@trevettcristo.com
              James Warmbrodt    on behalf of Creditor    U.S. Department of Agriculture, Farm Service Agency
               bkgroup@kmllawgroup.com
              James Warmbrodt    on behalf of Creditor    Farmers Home Administration bkgroup@kmllawgroup.com
              James Warmbrodt    on behalf of Creditor    United States of America Acting thru USDA Farm Service
               Agency bkgroup@kmllawgroup.com
              James T. Shoemaker    on behalf of Attorney    Northern Tier Regional Planning and Development
               Commission c/o James T. Shoemaker, Esquire jshoemaker@hkqpc.com
              Keri P Ebeck    on behalf of Creditor    Deere & Company d/b/a John Deere Financial
               kebeck@bernsteinlaw.com,  jbluemle@bernsteinlaw.com
              Lisa M. Doran    on behalf of Creditor    Cargill, Inc. ldoran@doriananddoran.com
              Matthew F. Marshall    on behalf of Creditor    AgChoice Farm Credit, ACA mmarshall@dmkcg.com,
               jrickabaugh@dmkcg.com
              Melissa L. Van Eck    on behalf of Creditor    Commonwealth of Pennsylvania, Department of Revenue
               mvaneck@attorneygeneral.gov,  ARC-CourtMiddleDistrict@attorneygeneral.gov
              Roger Mattes, Jr    on behalf of Creditor    Gromark matteslaw@epix.net,  joan.bird@frontier.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
              William G Schwab    on behalf of Trustee William G Schwab (Trustee) ECF@uslawcenter.com,
               schwab@uslawcenter.com
              William G Schwab (Trustee)    schwab@uslawcenter.com,
               wschwab@iq7technology.com;ecf@uslawcenter.com
                                                                                               TOTAL: 18

IN RE:

| | |
|---|---|
| **GORRELL DAIRY, LLC** | Chapter: 12 <br> Case No.: 5-18-bk-05275 RNO |
| **GLENN D. GORRELL** <br> **ROBIN J. GORRELL** | Case No.: 5-18-bk-05276 RNO |
| | **Jointly Administered** |

## NOTICE

The confirmation hearing has been scheduled for the above Debtors on the date indicated below.

A deadline of **June 12, 2019** has been set for objection to confirmation of the Plan. Any objections to confirmation of the Plan will be heard at this hearing. Counsel should be prepared to proceed with said hearing on any unresolved objection to the Plan at this time.

| | |
|---|---|
| United States Bankruptcy Court <br> Max Rosenn United States Courthouse <br> 197 South Main Street <br> Courtroom No. 2 <br> Wilkes-Barre, PA 18701 | Date: June 27, 2019 <br><br> Time: 9:30 a.m. |

A copy of the Plan may be included or can be obtained by accessing the case docket through PACER, or from the Bankruptcy Clerk's Office at the address listed below during normal business hours.

Initial requests for a continuance of hearing *(L.B.F. 9013-3, Request to Continue Hearing/Trial with Concurrence)* shall be filed with the Court. Requests received by the Court within twenty-four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as Motion.

Request to participate in a hearing telephonically shall be made in accordance with L.B.R. 9074-1(a).

Electronic equipment, including cell phones, pages, laptops, etc., will be inspected upon entering the Courthouse. These devices may be used in common areas and should be turned to silent operation upon entering the Courtroom and Chambers.

Photo identification is required upon entering the Courthouse.

| **Address of the Bankruptcy Clerk's Office:** <br> U.S. Bankruptcy Court <br> Max Rosenn United States Courthouse <br> 197 South Main Street <br> Wilkes-Barre, PA 18701 <br> (570) 831-2500 | **For the Court:** <br> Terrence S. Miller <br> Clerk of the Bankruptcy Court <br> by K. Davis |
|---|---|
| Hours Open: Monday – Friday 9:00 AM – 4:00 PM | Date: May 20, 2019 |

Order – Blank without Parties - Revised 04/18

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| GORRELL DAIRY LLC | ) | CHAPTER 12 |
| ****************************************** | ) | CASE NO. 5-18-bk-05275 RNO |
| GLENN D. GORRELL | ) | CASE NO. 5-18-bk-05276 RNO |
| ROBIN J. GORRELL | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | |
| | ) | |

## DEBTORS' JOINT CHAPTER 12 PLAN

The Debtors, Gorrell Dairy LLC, Glenn D. Gorrell, and Robin J. Gorrell, jointly submit the following Plan pursuant to Chapter 12 of the United States Bankruptcy Code (the "Plan"):

## PAYMENTS

1. The Debtors shall submit portions of his future income to the control and supervision of the Trustee as is necessary for the execution of this Plan. The Debtors shall pay the Trustee the amount of **$19,216.00** per month, on the 25th day of each month, commencing on the twenty-fifth day of the October, 2019, for a period of term of twenty-four (24) months, whereupon payments shall increase to the amount of **$37,345.00** per month for the remaining thirty-six (36) month term of the Plan. The principal term of the Plan is sixty (60) months. The total amount of the Plan payments during the principal term is $1,805,604.00.

- 1 -

## CLASSIFICATION OF CLAIMS

2.  The Debtor designates the following classes of claims:

Class I: The claims of Deere & Company d/b/a John Deere Financial (hereinafter John Deere), in the amounts listed below as of the Petition Date based on a filed proofs of claim, either fully secured or secured to the extent of value based on agreed collateral values as set forth:

| Sub-class | Amount | Collateral | Collateral Value: |
|---|---|---|---|
| 1 | $25,523.83 | 7200 Harvester | $99,000 |
| 2 | $7,853.50 | 430 Manure Spreader | $6,300 |
| 3 | $123,995.46 | 7280R Tractor | $112,400 |
| 4 | $73,650.21 | 6170R Tractor | $79,200 |
| 5 | $32,182.96 | 7320 Cab Tractor | $48,600 |
| 6 | $30,416.55 | 1770 Planter | $31,500 |
| 7 | $30,242.29 | 722 TOP Rakes | $17,100 |
| 8 | $23,934.23 | 320E Skid Steer + | $18,900 |
| 9 | $16,490.60 | VT 144 Mixer | $18,900 |
| 10 | $15,647.63 | 320E Skid Steer | $18,900 |
| 11 | $21,915.80 | 20' HD Power Box + | $13,500 |
| 12 | $18,662.85 | JD 4450 Tractor | $20,000 |
| 13 | $24,217.49 | 314G Skid Steer | $25,200 |
| 14 | $8,391.22 | 640B Pickup Head | $8,500 |
| 15 | $33,772.43 | 7200 Harvester | $99,000 |
| 16 | $63,352.03 | Cross Collateralized | $31,000 |

<u>Class II</u>: The claims of First Citizens Community Bank (hereinafter "First Citizens") in the combined total amount of $3,210,273.38 as of the Petition Date based on filed proofs of claim, fully secured by first priority mortgage interests encumbering all real property owned by the individual Debtors.

<u>Class III</u>: The claim of the USDA Farm Service Agency (hereinafter "FSA"), in the amount of $472,767.77 as of the Petition Date, based on a filed proof of claim, fully secured by a first priority nonpurchase-money security interest in all cattle and equipment owned by the debtor Gorrell Dairy, LLC.

<u>Class IV</u>: The claim of Northern Tier Regional Planning and Development Commission (hereinafter "NTRP") in the amount of $76,783.19 as of the Petition Date, based on a filed proof of claim, fully secured by a second priority mortgage interest in tax map parcels numbered 074 and 041 owned by the individual Debtors.

<u>Class V</u>: The claim of H. Rockwell & Son, Inc. (hereinafter "Rockwell") in the amount of $217,271.65 as of the Petition Date, based on a filed proof of claim, fully secured by a fourth priority mortgage interest in all real property owned by the individual Debtors.

<u>Class VI</u>: The following claims of the Bradford County Tax Claim Bureau (hereinafter "Bradford County") as of the Petition Date, based on filed proofs of claim, fully

secured by a first priority tax lien interest in three (3) parcels of real property owned by the individual Debtors:

| Sub-class | Amount | Tax Map No. |
| --- | --- | --- |
| 1 | $52,670.76 | 39-044.00-032 |
| 2 | $2,285.77 | 39-045.00-041 |
| 3 | $11,167.94 | 39-045.00-074 |

Class VII: The claim of CNH Industrial Capital (hereinafter "CNH"), in the amount of $9,534.89 as of the Petition Date, based on a filed proof of claim, fully secured by a first priority purchase-money security interest in one Miller 5300 Pro Silage Cart.

Class VIII: The claim of AgChoice Farm Credit, ACA (hereinafter "AgChoice"), in the amount of $38,017.89 as of the Petition Date, based on a filed proof of claim, fully secured by a first priority purchase-money security interest in one Houle Manure Spreader.

Class IX: The claim of Growmark FS (hereinafter "Growmark") in the amount of $50,181.67 as of the Petition Date, based on a filed proof of claim, fully secured by third priority nonpurchase-money security interest in all cattle and equipment owned by the Debtor Gorrell Dairy LLC.

Class X: The allowed claims of creditors other than Classes I through IX.

TREATMENT OF CLAIMS

- 4 -

3. Each holder of a secured claim shall retain the lien securing such claim to the extent of the allowed amount of such claim, until the claim is paid in full.

4. Claims shall be paid and treated as follows:

<u>Class I-A</u>: John Deere, as holder of the Class I(1), (4), (5), (6), (9), (10), (12), (13), (14), and (15) sub-claims, shall be paid the full amount of those sub-claims with interest thereon from the effective date of the Plan at the original contract rate, in monthly payments due on the first day of each month commencing November 1, 2019. Payments in respect of such Class I-A sub-claims shall be in an amount equal to interest plus $100 in principal for a term of twenty (24) months, whereupon payments shall increase to an amount equal to pay the remaining principal balance of such sub-claims in full with interest thereon at the original contract rate over a remaining five (5) year term. The amount of payments in respect of each such sub-claim is as follows:

| Sub-class | Amount | Interest Rate | Payments 1-24 | Payments 25-84 |
|---|---|---|---|---|
| 1 | $25,523.83 | 2.5% | $154.00 | $386.00 |
| 4 | $73,650.21 | 2.9% | $278.00 | $1,277.00 |
| 5 | $32,182.96 | 2.9% | $178.00 | $534.00 |
| 6 | $30,416.55 | 2.9% | $174.00 | $503.00 |
| 9 | $16,490.60 | 4.25% | $159.00 | $262.00 |
| 10 | $15,647.63 | 0.00 | $100.00 | $261.00 |
| 12 | $18,662.85 | 2.9% | $146.00 | $292.00 |
| 13 | $24,217.49 | 3.99% | $181.00 | $402.00 |
| 14 | $8,391.22 | 2.9% | $121.00 | $108.00 |
| 15 | $33,772.43 | 5.0% | $241.00 | $592.00 |
| | | Total | $1,732.00 | $4,617.00 |

5

Payments in respect of such Class I claims shall be paid through payments by the Debtors to the Trustee as provided herein for the first sixty (60) month term of the Plan, and directly by the Debtors thereafter. The total repayment term is eighty-four (84) months.

<u>Class I-B:</u> John Deere, as holder of the Class I(2), (3), (7), (8), (11), and (16) sub-claims, shall be paid the allowed amount of those sub-claims with interest thereon from the effective date of the Plan at the original contract rate, in monthly payments due on the first day of each month commencing November 1, 2019. Payments in respect of such Class I-B sub-claims shall be equal to interest plus $100 in per month for a term of twenty (24) months, whereupon payments shall increase to an amount equal to pay the remaining balance of such sub-claims in full with interest thereon at the original contract rate over a remaining five (5) year term. The amount of payments in respect of each such sub-claim is as follows:

| Sub-class | Amount | Interest Rate | Payments 1-24 | Payments 25-84 |
|---|---|---|---|---|
| 2 | $6,300 | 4.15% | $122.00 | $73.00 |
| 3 | $112,400 | 2.9% | $372.00 | $1,972.00 |
| 7 | $17,100 | 4.5% | $165.00 | $275.00 |
| 8 | $18,900 | 4.15% | $165.00 | $305.00 |
| 11 | $13,500 | 4.5% | $151.00 | $207.00 |
| 16 | $31,000 | 0.00 | $100.00 | $517.00 |
| | | Total | $1,075.00 | $3,349.00 |

Payments in respect of such Class I-B sub-claims shall be paid through payments by the Debtors to the Trustee as provided herein for the first sixty (60) month term of the Plan, and directly by

the Debtors thereafter. The total repayment term is eighty-four (84) months. The balance of such Class I-B sub-claims shall be allowed and treated as Class X general unsecured claims.

<u>Class II</u>: First Citizens, as holder of such Class II Claims shall be paid the full amount of such claims together with interest thereon from the effective date of the Plan at the rate of 3% per annum in monthly payments due on the 1st day of each month commencing on November 1, 2019. Payments due in respect of such Class II Claims for the first 24 months of the repayment term shall be in the amount of $10,026.00, equal to interest accruing on such claims plus $2,000.00 principal payment. Commencing in month 25 of the repayment term, payments shall be due in the increased amount of $18,965.00 and shall continue until such Class II Claims are paid in full with interest as provided herein. Payments in respect of such Class II Claims shall be made through payments to the Trustee during the principal term of the Plan, and directly by the Debtors thereafter. The estimated length of the total repayment term is two hundred and forty (240) months.

<u>Class III</u>: FSA, as holder of such Class III Claim shall be paid the full amount of such claim together with interest thereon from the effective date of the plan at the rate of 1.5% per annum in monthly payments due on the 1st day of each month commencing on November 1, 2019. Payments due in respect of such Class III Claim for the first 24 months of the repayment term shall be in the amount of $691.00, equal to interest accruing on such claim plus $100.00 principal payment. Commencing in month 25 of the repayment term, payments shall be due in the increased amount of $3,321.00 and shall continue until such Class III Claim is paid in full

with interest as provided herein. Payments in respect of such Class III Claim shall be made through payments to the Trustee during the principal term of the Plan, and directly by the Debtors thereafter. The estimated length of the total repayment term is one hundred and eighty (180) months.

FSA shall be granted a rollover lien interest in post-petition additions and substitutions of the collateral securing its Class III Claim.

The Debtors shall maintain property and casualty insurance coverage for the FSA collateral naming FSA as a mortgagee and additional insured.

Class IV: NTRP, as holder of such Class IV Claim shall be paid the full amount of such claim together with interest at the contract rate of 3% per annum in fixed monthly payments in the amount of $426.00 per month due on the 1st day of each month commencing November 1, 2019, and continuing until such Class IV Claim is paid in full with interest as provided herein. Payments in respect of such Class IV Claim shall be paid through payments by the Debtors to the Trustee as provided herein for the first sixty (60) month term of the Plan, and directly by the Debtors thereafter. The estimated total repayment term is two hundred and forty (240) months.

Class V: The Plan shall not alter the terms of the original agreement evidencing such Class V Claim, and Rockwell, as the holder of such claim, shall be entitled to receive payments and all benefits and emoluments in respect of such Class V Claim in accordance with the original contract terms.

Class VI: Bradford County, as holder of such Class VI claims, shall be paid the full amount of such claims, inclusive of post-petition accruals, with interest on the principal balance of such claims at the statutory rate of 9% per annum, in monthly payments due on the 1st day of each month commencing on November 1, 2019, in the following amounts:

| Sub-class | Amount | Payment |
| --- | --- | --- |
| 1 | $52,670.76 | $667.00 |
| 2 | $2,285.77 | $29.00 |
| 3 | $11,167.94 | $142.00 |
| | Total | $838.00 |

Payments shall continue until such Class VI Claims are paid in full with interest as provided herein. Payments in respect of such Class VI Claims shall be paid through payments by the Debtors to the Trustee as provided herein for the first sixty (60) month term of the Plan, and directly by the Debtors thereafter. The estimated total repayment term is one hundred and twenty (120) months.

Class VII: The Plan shall not alter the terms of the original agreement evidencing such Class VII Claim, and CNH, as the holder of such claim, shall be entitled to receive payments and all benefits and emoluments in respect of such Class VII Claim in accordance with the original contract terms.

9

Class VIII: The Plan shall not alter the terms of the original agreement evidencing such Class VIII Claim, and AgChoice, as the holder of such claim, shall be entitled to receive payments and all benefits and emoluments in respect of such Class VIII Claim in accordance with the original contract terms.

Class IX: Growmark, as holder of such Class IX claim, shall be paid the full amount of such claim without interest over the five year term of the Plan, through payments to the Trustee as provided herein.

Class X: The amount of $42,000.00 shall be paid in respect of all Class X claims of general unsecured creditors, as filed and allowed, from payments to the Trustee as provided herein. Class X creditors are projected to receive a dividend equal to ten percent (10%) of allowed claims, based on claims as filed and scheduled, in the total amount of $410,114.32.

PRIORITY OF DISTRIBUTION

5. The Trustee shall make distribution from payments by the Debtor to the Trustee under the Plan as follows:

(a) First, in payment of Trustee fees and expenses entitled to priority as an expense of administration pursuant to 11 U.S.C. §503(b);

(b) Second, in respect of the fixed payments due in respect of the Classes I through IV and VI claims;

10

(c) Third, pro-rata in payment of expenses entitled to priority as an expense of administration pursuant to 11 U.S.C. §503(b), including the following:

| Claimant | Nature of Claim | Amount |
| --- | --- | --- |
| Cargill, Inc. | Reclamation | $28,329.46 |
| Trevett Cristo | Attorneys' Fees (Estimated) | $15,000.00 |

;

(e) Fourth, in respect of the Class IX Claim; and

(d) Fifth, pro rata in respect of Class X Claims.

MEANS OF EXECUTION OF THE PLAN

6. Title to property of the estate, subject to valid and existing liens, shall vest in the Debtors upon confirmation of the Plan.

7. The Debtors shall continue in control of their business and shall have all rights to operate in the ordinary course of business. During the term of the Plan, the Debtors may obtain credit secured by a lien against property of the estate with Court approval, subject to the rights of existing secured creditors under State Law.

8. The Debtors hereby assumes all executory leases under terms agreed to by the parties.

11

Dated: May 20, 2019                     /s/ Glenn D. Gorrell
                                        Glenn D. Gorrell


Dated: May 20, 2019                     /s/ Robin J. Gorrell
                                        Robin J. Gorrell


Dated: May 20, 2019                     Gorrell Dairy, LLC

                                        By:   /s/ Glenn D. Gorrell
                                        Glenn D. Gorrell, Managing Member


Dated: May 20, 2019                     /s/ David H. Ealy
                                        TREVETT CRISTO
                                        David H. Ealy, Esq., Of Counsel
                                        Attorneys for The Debtors
                                        Office and Post Office Address
                                        2 State Street, Suite 1000
                                        Rochester, New York 14614
                                        Telephone No.: (585) 454-2181

12