GORRELL DAIRY LLC
392 WOOD ROAD
MILAN, PA 18831

GORRELL, GLENN D.
392 WOOD ROAD
MILAN, PA 18831

DAVID H. EALY, ESQ.
CRISTO LAW GROUP LLC
D/B/A TREVETT CRISTO
TWO STATE STREET, SUITE 1000
ROCHESTER, NY 14614

GORRELL, P. JEAN
220 SCHWARTZWOOD RD.
NEWTON, NJ 07860

AG CHOICE FARM CREDIT
24668 ROUTE 6
TOWANDA, PA 18848

GORRELL, ROBIN J.
392 WOOD ROAD
MILAN, PA 18831

AMERICAN EXPRESS
CORRESPONDENCE BANKRUPTCY
P.O. BOX 981540
EL PASO, TX 79998

H. ROCKWELL & SON
P.O. BOX 197
CANTON, PA 17724

BRADFORD COUNTY TAX CLAIM BUREAU
COURTHOUSE
301 MAIN ST.
TOWANDA, PA 18848-1891

JOHN DEERE CREDIT, U.S.A.
6400 NW 86TH STREET
P.O. BOX 6600
JOHNSTON, IA 50131-6600

CARGILL ANIMAL NUTRITION
P.O. BOX 250
149 JONERGIN DRIVE
SWANTON, VT 05488

JOHN DEERE FINANCIAL
PO BOX 6600
JOHNSTON, IA 50131-6600

CITI/SEARS
CENTRALIZED BANKRUPTCY
P.O. BOX 790034
SAINT LOUIS, MO 63179

OFFICE OF THE ATTORNEY GENERAL
15TH FLOOR, STRAWBERRY SQUARE
HARRISBURG, PA 17120

CNH INDUSTRIAL CAPITAL
ATTN: BANKRUPTCY
P.O. BOX 71264
PHILADELPHIA, PA 19176

PENNSYLVANIA DEPT. OF REVENUE
BANKRUPTCY DIVISION
P.O. BOX 280946
HARRISBURG, PA 17128-1041

COMPTROLLER OPERATIONS
DCED LOAN ACCOUNTING
P.O. BOX 884
HARRISBURG, PA 17108-0884

D&S LTD.
13809 RESEARCH BLVD.
AUSTIN, TX 78750

Case 5:18-bk-05275-RNO    Doc 88    Filed 06/13/19    Entered 06/13/19 16:22:02    Desc
Main Document    Page 1 of 1