LOCAL BANKRUPTCY FORM 9013-3

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:
GORRELL DAIRY LLC
GLENN D. GORRELL
ROBIN J. GORRELL
(Jointly Administered)

CHAPTER __12__

CASE NO. 5 - 18 -bk- 05275

Debtor(s)
GORRELL DAIRY LLC
GLENN D. GORRELL
ROBIN J. GORRELL

ADVERSARY NO. __-__ -ap-_____
(if applicable)

Plaintiff(s)/Movant(s)
vs.
FIRST CITIZENS COMMUNITY BANK;
CARGILL, INC.; WILLIAM G. SCHWAB,
TRUSTEE; DEERE & COMPANY;
GROWMARK FS; USDA FARM SERVICE
AGENCY

Nature of Proceeding: Chapter 12 Plan

Confirmation Hearing

Defendant(s)/Respondent(s)

Document #: 70

## REQUEST TO CONTINUE HEARING/TRIAL WITH CONCURRENCE[1]

This request must be filed at least twenty-four (24) hours prior to the hearing. All requests must be approved by the Court. Submitting a request is not an automatic continuance.

The undersigned hereby requests a continuance with the concurrence of the opposing party (parties). This is a first request for a continuance.[2]

Reason for the continuance.

Debtors require additional time to formulate an amended plan and income and expense projections to address objections to confirmation filed by Respondents. Debtor are also requesting and extension of time under 11 U.S.C. Section 1224, for conclusion of a hearing on confirmation, to and including July 31, 2019.

Contemporaneous with the filing of this request, the undersigned has served a copy of this request upon all counsel participating in this proceeding.

Dated: June 26, 2019

Attorney for Debtors
Name: David H. Ealy, Esq.
Phone Number: (585) 784-1448

---

[1] No alterations or interlineations of this document are permitted.

Case 5:18-bk-05275-RNO    Doc 90    Filed 06/26/19    Entered 06/26/19 11:44:36    Desc
Main Document    Page 1 of 1