LOCAL BANKRUPTCY FORM 3015-3(c)

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:
GORRELL DAIRY, LLC,　　　　　　　：　CHAPTER 12
　　　　　　　　　　　　　　　　　：
　　　　　　　　　　　　　　　　　：　CASE NO. 5 - 18 -bk- 05275RNO
　　　　　　　　　　　　　　　　　：
　　　　　　　　　　　　　　　　　：
　　　　　　　　　　　　　　　　　：
　　　　　　Debtor(s)　　　　　　 ：

**CHAPTER 12 INDIVIDUAL DEBTOR'S PRE-CONFIRMATION CERTIFICATION OF COMPLIANCE WITH POST PETITION DOMESTIC SUPPORT OBLIGATIONS**
*If a joint petition is filed, each spouse must complete and file a separate certification.*

I, __Robin J. Gorrell__, upon oath or affirmation, hereby certify as follows:

1. That the below information is being supplied for compliance with the confirmation hearing date on __November 20, 2019__.

2. That all post-petition amounts required to be paid under any and all Domestic Support Obligations have been paid as required by 11 U.S.C. § 1225(a)(7).

3. If this Certification is being signed by counsel for Debtor, that the Debtor was duly questioned about the statements in this Certification and supplied answers consistent with this Certification.

I hereby certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment for perjury.

DATED: 11/26/19　　　　　　　　BY: _____
　　　　　　　　　　　　　　　　　　　Counsel for Debtor

DATED: _____　　　　BY: _____
　　　　　　　　　　　　　　　　　　　Debtor