United States Bankruptcy Court

Middle District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 18-05275-MJC |
| Gorrell Dairy LLC | Chapter 12 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0314-5 | User: AutoDocke | Page 1 of 3 |
| Date Rcvd: Feb 03, 2022 | Form ID: blank001 | Total Noticed: 53 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 05, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Gorrell Dairy LLC, 392 Wood Road, Milan, PA 18831-7977 |
| aty | + | Northern Tier Regional Planning and Development Co, 600 Third Avenue, Kingston, PA 18704-5815 |
| cr | | Cargill, Inc., Lisa M. Doran, Esquire, 69 Public Square, Suite 700, Wilkes-Barre, PA 18701 |
| cr | | Commonwealth of Pennsylvania, Department of Revenu, Bureau of Compliance, PO Box 280948, Harrisburg, PA 17128-0938 |
| cr | | Gerard Spencer, c/o John H. Doran, Esquire, 69 Public Square, Suite 700, Wilkes-Barre, PA 18701 |
| mpt | + | Glenn D. Gorrell, 392 Wood Road, Milan, PA 18831-7977 |
| cr | + | Gromark, % Mattes & Mattes, P.C., 324 North Washington Avenue, Scranton, PA 18503-1578 |
| mpt | + | Robin J. Gorrell, 392 Wood Road, Milan, PA 18831-7977 |
| 5172181 | + | 1112 Ekstam Drive Unit #3, 308 NE Front Street, Milford, DE 19963-1434 |
| 5142005 | + | ACKLEYS GARAGE, 5299 Mac Road, Ulster, PA 18850-7874 |
| 5191649 | + | AG CHOICE FARM CREDIT, 24668 Route 6, Towanda, PA 18848-8255 |
| 5142006 | | ANIMART LLC, P.O. Box 575, Manchester, PA 17345-0575 |
| 5191651 | | BRADFORD COUNTY TAX CLAIM BUREAU, Courthouse, 301 Main Street, Towanda, PA 18848-1891 |
| 5191652 | + | CARGILL ANIMAL NUTRITION, P.O. Box 250, 149 Jonergin Drive, Swanton, VT 05488-1368 |
| 5191654 | + | CNH INDUSTRIAL CAPITAL, Attn.: Bankruptcy, P.O. Box 71264, Philadelphia, PA 19176-6264 |
| 5142007 | + | COMMONWEALTH FNANCING AUTHORITY, P.O. Box 884, Harrisburg, PA 17108-0884 |
| 5267171 | + | COMMONWEALTH OF PA UCTS, DEPARTMENT OF LABOR AND INDUSTRY, COLLECTIONS SUPPORT UNIT, 651 BOAS STREET, ROOM 925, HARRISBURG, PA 17121-0751 |
| 5191655 | + | COMPTROLLER OPERATIONS, DCED LOAN ACCOUNTING, P.O. Box 554, Harrisburg, PA 17108-0554 |
| 5142008 | + | D&S GLOBAL SOLUTIONS, 13809 Research Blvd., Suite 800, Austin, TX 78750-1211 |
| 5191656 | + | D&S LTD., 13809 Research Blvd., Austin, TX 78750-1241 |
| 5142010 | + | FIRST CITIZENS COMMUNITY BANK, 15 South Main St., Mansfield, PA 16933-1590 |
| 5142009 | + | FIRST CITIZENS COMMUNITY BANK, 1133 W. Main St., Troy, PA 16947-1135 |
| 5142011 | + | FISHER & THOMPSON, INC., 100 Newport Rd., Leola, PA 17540-1822 |
| 5142012 | + | FS AGRI-FINANCE, 445 N. Minnesota St., Suite 1700, Saint Paul, MN 55101-3161 |
| 5142013 | + | GORRELL, GLENN D., 392 Wood Road, Milan, PA 18831-7977 |
| 5191657 | + | GORRELL, GLENN D., 392 Wood Road, Milan, PA 18831-7977 |
| 5191673 | + | GORRELL, GLENN D., 392 Wood Road, Milan, PA 18831-7977 |
| 5191658 | | GORRELL, P. JEAN, 220 Schwartzwood Road, Newton, NJ 07860 |
| 5191659 | + | GORRELL, ROBIN J., 392 Wood Road, Milan, PA 18831-7977 |
| 5191675 | + | GORRELL, ROBIN J., 392 Wood Road, Milan, PA 18831-7977 |
| 5172378 | + | GROWMARK FS, 1701 Towanda Avenue, Bloomington, IL 61701-2057 |
| 5186888 | | Growmark FS LLC, FS Agri-Finance, % Mattes & Mattes, P.C., 324 North Washington Avenue, Scranton, PA 18503-1578 |
| 5142014 | + | HESS FARM EQUIPMENT INC., 3886 Route 414, Canton, PA 17724-7507 |
| 5142015 | + | HUBNER SEED, 800 N. Lindbergh Blvd., NC2B, Saint Louis, MO 63167-1000 |
| 5153998 | + | Hubner Seed and Monsanto Co, 800 N Lindbergh Blvd, St Louis, MO 63167-1000 |
| 5191661 | | JOHN DEERE CREDIT, U.S.A., 6400 NW 86th Street, P.O. Box 6600, Johnston, IA 50131-6600 |
| 5191662 | | JOHN DEERE FINANCIAL, P.O. Box 6600, Milan, PA 18831-7977 |
| 5142016 | + | JUDSONS INC., P.O. Box 67, Columbia Cross Roads, PA 16914-0067 |
| 5142017 | + | LAUREL HILL VETERINARY SERVICE, INC, P.O. Box 35, East Smithfield, PA 18817-0035 |
| 5142018 | + | MADIGAN TRUCKING INC., 5741 Burlington Turnpikc, Towanda, PA 18848-8476 |
| 5142019 | + | MAPLE CREST FARM, 31 Shell Road, Columbia Cross Roads, PA 16914-8086 |
| 5142020 | + | McCORMICK LAW FIRM, Ann S. Pepperman, Esquire, 835 West Fourth Street, Williamsport, PA 17701-6179 |
| 5191663 | + | OFFICE OF THE ATTORNEY GENERAL, 15th Floor, Strawberry Square, Harrisburg, PA 17120-0001 |
| 5142021 | + | ONDA, LABUHN, RANKIN & BOGGS, 35 North Fourth Street, Suite 100, Columbus, OH 43215-3612 |
| 5172377 | + | P. Carolina DeLeon-Bond, GROWMARK, Inc., 1701 Towanda Avenue, Bloomington, IL 61701-2057 |

| | | |
| --- | --- | --- |
| 5142022 | | USDA FARM SERVICE AGENCY, One Credit Union Place, Suite 320, Harrisburg, PA 17110-2994 |
| 5160101 | + | United States of America, Acting thru USDA Farm Service Agency, 200 Lake Rd Suite D, Towanda, PA 18848-9693 |
| 5142024 | + | WRISLEY TRACK & WHEEL INC., 367 Milan Road, East Smithfield, PA 18817-7713 |

TOTAL: 48

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
| --- | --- | --- | --- | --- |
| 5191650 | + | Email/PDF: bncnotices@becket-lee.com | Feb 03 2022 19:17:00 | AMERICAN EXPRESS, Correspondence Bankruptcy, P.O. Box 981540, El Paso, TX 79998-1540 |
| 5191653 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Feb 03 2022 19:17:01 | CITI/SEARS, Centralized Bankruptcy, P.O. Box 790034, Saint Louis, MO 63179-0034 |
| 5191660 | | Email/Text: prock31@frontiernet.net | Feb 03 2022 19:15:00 | H. ROCKWELL & SON, P.O Box 197, Canton, PA 17724 |
| 5146493 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Feb 03 2022 19:15:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg, PA 17128-0946 |
| 5142023 | + | Email/Text: reastabrook@godandy.com | Feb 03 2022 19:15:00 | WOC ENERGY SERVICES, Attn: Credit Dept., 44 Reuter Blvd, Towanda, PA 18848-2153 |

TOTAL: 5

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
| --- | --- | --- |
| 5159033 | | Gerard Spencer, c/o John H. Doran, Esquire, Address removed per docket entry 28 |
| cr | *+ | COMMONWEALTH OF PA - UCTS, DEPARTMENT OF LABOR AND INDUSTRY, COLLECTIONS SUPPORT UNIT, 651 BOAS ST, ROOM 925, HARRISBURG, PA 17121-0751 |
| cr | *+ | First Citizens Community Bank, 15 South Main Street, Mansfield, PA 16933-1590 |
| 5191665 | *+ | AG CHOICE FARM CREDIT, 24668 Route 6, Towanda, PA 18848-8255 |
| 5191666 | *+ | AMERICAN EXPRESS, Correspondence Bankruptcy, P.O. Box 981540, El Paso, TX 79998-1540 |
| 5191667 | * | BRADFORD COUNTY TAX CLAIM BUREAU, Courthouse, 301 Main Street, Towanda, PA 18848-1891 |
| 5191668 | *+ | CARGILL ANIMAL NUTRITION, P.O. Box 250, 149 Jonergin Drive, Swanton, VT 05488-1368 |
| 5191669 | *+ | CITI/SEARS, Centralized Bankruptcy, P.O. Box 790034, Saint Louis, MO 63179-0034 |
| 5191670 | *+ | CNH INDUSTRIAL CAPITAL, Attn.: Bankruptcy, P.O. Box 71264, Philadelphia, PA 19176-6264 |
| 5191671 | *+ | COMPTROLLER OPERATIONS, DCED LOAN ACCOUNTING, P.O. Box 554, Harrisburg, PA 17108-0554 |
| 5191672 | *+ | D&S LTD., 13809 Research Blvd., Austin, TX 78750-1241 |
| 5191674 | * | GORRELL, P. JEAN, 220 Schwartzwood Road, Newton, NJ 07860 |
| 5191676 | *P++ | H ROCKWELL SON INC, 430 TROY STREET, CANTON PA 17724-1024, address filed with court:, H. ROCKWELL & SON, P.O Box 197, Canton, PA 17724 |
| 5191677 | * | JOHN DEERE CREDIT, U.S.A., 6400 NW 86th Street, P.O. Box 6600, Johnston, IA 50131-6600 |
| 5191678 | * | JOHN DEERE FINANCIAL, P.O. Box 6600, Milan, PA 18831-7977 |
| 5191679 | *+ | OFFICE OF THE ATTORNEY GENERAL, 15th Floor, Strawberry Square, Harrisburg, PA 17120-0001 |
| 5191664 | * | PENNSYLVANIA DEPT. OF REVENUE, Bankruptcy Division, P.O Box 280946, Harrisburg, PA 17128-1041 |
| 5191680 | * | PENNSYLVANIA DEPT. OF REVENUE, Bankruptcy Division, P.O Box 280946, Harrisburg, PA 17128-1041 |

TOTAL: 1 Undeliverable, 17 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains**

the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Feb 05, 2022　　　　　　　　　　Signature:　　　/s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 3, 2022 at the address(es) listed below:

| Name | Email Address |
| --- | --- |
| Christopher H Kenyon | on behalf of Creditor First Citizens Community Bank ckenyon@mcclaw.com apepperman@mcclaw.com;mkeller@mcclaw.com |
| David H Ealy | on behalf of Debtor 2 Robin J. Gorrell dealy@trevettcristo.com rkernan@trevettcristo.com |
| David H Ealy | on behalf of Miscellaneous Participant Robin J. Gorrell dealy@trevettcristo.com rkernan@trevettcristo.com |
| David H Ealy | on behalf of Debtor 1 Gorrell Dairy LLC dealy@trevettcristo.com rkernan@trevettcristo.com |
| David H Ealy | on behalf of Debtor 1 Glenn D. Gorrell dealy@trevettcristo.com rkernan@trevettcristo.com |
| David H Ealy | on behalf of Miscellaneous Participant Glenn D. Gorrell dealy@trevettcristo.com rkernan@trevettcristo.com |
| James Warmbrodt | on behalf of Creditor U.S. Department of Agriculture Farm Service Agency bkgroup@kmllawgroup.com |
| James Warmbrodt | on behalf of Creditor Farmers Home Administration bkgroup@kmllawgroup.com |
| James Warmbrodt | on behalf of Creditor United States of America Acting thru USDA Farm Service Agency bkgroup@kmllawgroup.com |
| James T. Shoemaker | on behalf of Attorney Northern Tier Regional Planning and Development Commission c/o James T. Shoemaker Esquire jshoemaker@hkqpc.com |
| Kara Katherine Gendron (Trustee) | karagendrontrustee@gmail.com PA89@ecfcbis.com,trusteenoticesbox@gmail.com |
| Keri P Ebeck | on behalf of Creditor Deere & Company d/b/a John Deere Financial kebeck@bernsteinlaw.com jbluemle@bernsteinlaw.com;politicsci2@gmail.com |
| Lara Shipkovitz Martin | on behalf of Creditor Deere & Company d/b/a John Deere Financial lmartin@bernsteinlaw.com cwirick@bernsteinlaw.com;cwirick@ecf.courtdrive.com;lshipkovitz@ecf.courtdrive.com;laraship@gmail.com |
| Lisa M. Doran | on behalf of Creditor Cargill Inc. ldoran@dorananddoran.com |
| Matthew F. Marshall | on behalf of Creditor AgChoice Farm Credit ACA mmarshall@dmkcg.com, jrickabaugh@dmkcg.com |
| Melissa L. Van Eck | on behalf of Creditor Commonwealth of Pennsylvania Department of Revenue mvaneck@attorneygeneral.gov, ARC-CourtMiddleDistrict@attorneygeneral.gov |
| Roger Mattes, Jr | on behalf of Creditor Gromark info@matteslawyers.com joan.bird@frontier.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 18

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Gorrell Dairy LLC,

    **Debtor 1**

Chapter 12

Case No. 5:18−bk−05275−MJC

## NOTICE TO CREDITORS AND OTHER PARTIES IN INTEREST

Please be advised that Kara Katherine Gendron has been appointed as the new Trustee in this pending bankruptcy case.

| | |
|---|---|
| **Address of the Bankruptcy Clerk's Office:**<br>Max Rosenn U.S. Courthouse<br>197 South Main Street<br>Wilkes−Barre, PA 18701<br>(570) 831−2500 | For the Court:<br>Terrence S. Miller<br>Clerk of the Bankruptcy Court:<br>By: KarenDavis, Deputy Clerk |
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: February 3, 2022 |

BLANK001 05/2018