UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

In re:

GORRELL DAIRY LLC
*************************************

GLENN D. GORRELL
ROBIN J. GORRELL

                  Debtors.

GLENN D. GORRELL
ROBIN J. GORRELL

                  Movants.

CHAPTER 12
BK No. 18-05275
BK No. 18-05276
(Jointly Administered)

FILED '22 APR 4 PM 1:45
CLERK, US COURT, PAMB

**NOTICE OF MOTION FOR AUTHORITY TO INCUR
SECURED DEBT PURSUANT TO 11 U.S.C. §364(c)**

PLEASE TAKE NOTICE, that the debtors herein, Glenn D. Gorrell and Robin J. Gorrell ("Debtors"), filed a motion on March 31, 2022, pursuant to §364(c) of the United States Bankruptcy Code, 11 U.S.C. §§ 101 *et seq.* (the "Bankruptcy Code"), Rule 4001 of the Federal Rules of Bankruptcy Procedure ("FRBP"), and local Rule 4001-1, granting the Debtors authority to incur debt in the amount of $31,047.93 secured by an interest in a 2017 Ford F250 truck, and granting such other relief as is just and proper (the "Motion").

If you object to the relief requested, you must file your objection/response by **April 14, 2022**, with the Clerk of Bankruptcy Court, Middle District of Pennsylvania, 274 Max Rosenn U.S. Courthouse, 197 South Main Street, Wilkes-Barre, Pennsylvania 18701, and

Case 5:18-bk-05275-MJC    Doc 126    Filed 04/04/22    Entered 04/04/22 14:29:48    Desc
Main Document    Page 1 of 3

serve a copy on the following party, David H. Ealy, Esq., Trevett Cristo, 2 State Street, Suite 1000, Rochester, New York 14614.

If you file and serve an objection/response within the time permitted, a hearing will be held on **April 19, 2022, at 9:30 a.m.** at U.S. Courthouse, South Main Street, Wilkes-Barre, Pennsylvania 18701, before Hon. Mark J. Conway, United States Bankruptcy Judge. If you do not file an objection/response within the time permitted, the Court will deem the motion unopposed and proceed to consider the motion without further notice or hearing and may grant the relief requested.

Dated: March 31, 2022
      Rochester, New York

TREVETT CRISTO

By: _____
David H. Ealy, Esq., of Counsel
*Attorneys for Debtors*
2 State Street, Suite 1000
Rochester, NY 14614
Telephone: (585) 454-2181
Email: dealy@trevettcristo.com

James T. Shoemaker, Esquire
Hourigan, Kluger & Quinn, P.C.
600 Third Avenue
Kingston, PA 18704
Telephone: (570) 287-3000

Matthew F. Marshall, Esquire
Dillon McCandless King Coulter & Graham, LLP
600 Cranberry Woods Drive, Suite 175
Cranberry Township, PA 16066
Telephone: (724) 776-6644

Lisa M. Doran, Esquire
Doran & Doran, P.C.
69 Public Square, Suite 700
Wilkes Barre PA. 18701
Telephone: (570) 823-9111

BERNSTEIN-BURKLEY, P.C.
Keri P. Ebeck, Esquire
707 Grant Street
Suite 2200 Gulf Tower
Pittsburgh, PA 15219
Telephone: (412) 456-8112

Melissa L. Van Eck
Senior Deputy Attorney General
Office of Attorney General
15th Floor, Strawberry Square
Harrisburg, PA 17120
Telephone (717) 787-5176

Ann S. Pepperman, Esquire
Christopher H. Kenyon, Esquire
McCormick Law Firm
835 West Fourth Street
Williamsport, PA 17701
Telephone (570) 326-5131

Glenn and Robin J. Gorrell
392 Wood Road
Milan, PA 18831

ALL CREDITORS (Notice Only)