FILED '22 APR 11 PM3:09
CLERK, US COURT, PAMB

# TREVETT CRISTO
### ATTORNEYS

Writer's Direct Dial No.  
(585) 784-1448

David H. Ealy, Partner  
dealy@trevettcristo.com

April 4, 2022

Clerk of the Court  
Middle District of Pennsylvania  
274 Max Rosenn U.S. Courthouse  
197 South Main Street  
Wilkes-Barre, PA 18701

Re:  Gorrell Dairy LLC  
  BK No. 18-05275

Dear Clerk:

This office represents Debtor Gorrell Dairy LLC in regard to the above-referenced Chapter 12 Bankruptcy Case. Pursuant to the Court's instructions, kindly remove Docket No. 124 from the docket as this entry was filed in error under the incorrect entry. The documents were subsequently refiled under the correct entry on Friday, April 1, 2022, and appear as Docket No. 125.

Thank you for your courtesy and consideration.

Very truly yours,

TREVETT CRISTO

David H. Ealy

DHE/rk

OFFICE (585) 454-2181 | FAX (585) 454-4026 | ADDRESS 2 State Street, Suite 1000, Rochester, New York 14614 | TREVETTCRISTO.COM

Case 5:18-bk-05275-MJC   Doc 127   Filed 04/11/22   Entered 04/11/22 15:25:12   Desc
Main Document    Page 1 of 1