IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: : | CHAPTER 12 |
| GORRELL DAIRY LLC : | |
| : | CASE NO. 5:18-bk-05275 |
| Debtor : | |
| : | |
| : | |

## CHAPTER 12 STATUS REPORT

Pursuant to this Honorable Court's Order dated January 20, 2023, the Chapter 12 Trustee, Kara Gendron, hereby submits the following Case Status Report, respectfully stating in support thereof:

1. On December 17, 2018, Gorrell Dairy LLC commenced its reorganization by filing a voluntary petition for relief under Chapter 12 of Title 11 of the United States Code. At the time of filing, Gorrell Dairy LLC operated a dairy farm comprising of approximately 1226 head of cattle on a diary farmstead. The dairy farm real property is owned by Glenn and Robin Gorrell. The Gorrells are 100% members of Gorrell Dairy LLC.

2. Also on December 17, 2018, Glenn and Robin Gorrell commenced their reorganization by filing a voluntary petition for relief under chapter 12 of title 11 of the United States Code.

3. On December 18, 2018, William G. Schwab, Esquire was appointed as the Chapter 12 case Trustee.

4. On December 31, 2018, David H. Ealy, Esquire of Trevett Cristo Salzer and Andolina PC, filed an Application to Employ himself and his firm as counsel for Gorrell Dairy LLC and the Application was approved by Order dated January 14, 2019.

5. On March 18, 2019, Debtor's counsel filed a Motion for Joint Administration of the Gorrell Dairy LLC case and the chapter 12 case of the Gorrells. Said Motion was granted by Order dated April 18, 2019.

6. The Debtor filed plans, which were met with various objections, and thereafter amended.

7. On October 15, 2019, the Debtor filed a Second Amended Plan, which was ultimately confirmed on November 27, 2019.

8. On February 2, 2022, the US Trustee appointed the undersigned, Kara Gendron, Esquire to serve as Successor Trustee in this case due to William G. Schwab's retirement and his appointment as Trustee in the instant case was thereby revoked. Since her appointment as Chapter 12 Trustee to the case, the undersigned Trustee has been submitting chapter 12 monthly

operating reports to the Region 3 Analyst in accordance with the policies and procedures of the Office of the United States Trustee.

9. The Debtor's confirmed plan provides for sixty (60) monthly payments, with the first payment to the Trustee commencing on November 1, 2019. The first twenty-four (24) monthly payments per the plan are in the monthly amount of $31,480.00 and the following thirty-six (36) monthly payments are in the monthly amount of $54,812.00. The total amount of the base plan is $2,728,752.00.

10. It appears from the prior Trustee's records that the Debtor was making timely monthly plan payments. Since the time of the appointment of the undersigned Trustee, the Debtor has been making timely plan payments every month, which the undersigned Trustee has been disbursing on a monthly basis pursuant to the confirmed plan.

11. In November of 2022, the Debtor contacted the Trustee and requested a report of payments that the Trustee had received and disbursed. The Trustee provided the Debtor with the Report in December 2022. The Debtor appears to be on track for a discharge in approximately two years.

12. A Status Conference on this matter is scheduled to be held on February 7, 2023.

WHEREFORE, the Trustee files this Status Report with this Honorable Court and remains available to provide further information to the Court as it may deem proper.

Respectfully submitted,

/s/ Kara K. Gendron
Kara K. Gendron, Trustee
Attorney ID 87577
Mott & Gendron Law
125 State Street
Harrisburg, PA 17101
http://www.mottgendronlaw.com
T: (717) 232-6650 | F: (717) 232-0477
karagendron@gmail.com