# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: : | CHAPTER 12 |
| GORRELL DAIRY LLC : | |
| : | CASE NO. 5:18-bk-05275 |
| **Debtor** : | |
| : | |
| : | |

## CERTIFICATE OF SERVICE

The undersigned paralegal in the office of:

MOTT & GENDRON LAW, 125 STATE STREET, HARRISBURG, PA 17101 hereby certifies that a copy of the Notice and Motion to Dismiss was mailed today to all parties named on the mailing matrix attached hereto electronically or by regular first class mail.

Dated: 12/04/2023

/s/ Elizabeth Snyder
_____
Elizabeth Snyder
MOTT & GENDRON LAW
125 State Street
Harrisburg, PA 17101
http://www.mottgendronlaw.com
T: (717) 232-6650 | F: (717) 232-0477
karagendron@gmail.com

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0314-5<br>Case 5:18-bk-05275-MJC<br>Middle District of Pennsylvania<br>Wilkes-Barre<br>Mon Dec  4 15:45:44 EST 2023 | COMMONWEALTH OF PA - UCTS<br>DEPARTMENT OF LABOR AND INDUSTRY<br>COLLECTIONS SUPPORT UNIT<br>651 BOAS ST, ROOM 925<br>HARRISBURG, PA 17121-0751 | Cargill, Inc.<br>Lisa M. Doran, Esquire<br>69 Public Square, Suite 700<br>Wilkes-Barre, PA 18701 |
| Commonwealth of Pennsylvania, Department of<br>Bureau of Compliance<br>PO Box 280948<br>Harrisburg, PA 17128-0938 | First Citizens Community Bank<br>15 South Main Street<br>Mansfield, PA 16933-1590 | Gorrell Dairy LLC<br>392 Wood Road<br>Milan, PA 18831-7977 |
| Gromark<br>% Mattes & Mattes, P.C.<br>324 North Washington Avenue<br>Scranton, PA 18503-1502 | Northern Tier Regional Planning and Developm<br>600 Third Avenue<br>Kingston, PA 18704-5815 | United States Trustee<br>US Courthouse<br>1501 N. 6th St<br>Harrisburg, PA 17102-1104 |
| U.S. Bankruptcy Court<br>Max Rosenn U.S. Courthouse<br>197 South Main Street<br>Wilkes-Barre, PA 18701-1500 | 1112 Ekstam Drive Unit #3<br>308 NE Front Street<br>Milford, DE 19963-1434 | ACKLEYS GARAGE<br>5299 Mac Road<br>Ulster, PA 18850-7874 |
| AG CHOICE FARM CREDIT<br>24668 Route 6<br>Towanda, PA 18848-8255 | AMERICAN EXPRESS<br>Correspondence Bankruptcy<br>P.O. Box 981540<br>El Paso, TX 79998-1540 | ANIMART LLC<br>P.O. Box 575<br>Manchester, PA 17345-0575 |
| BRADFORD COUNTY TAX CLAIM BUREAU<br>Courthouse<br>301 Main Street<br>Towanda, PA 18848-1891 | CARGILL ANIMAL NUTRITION<br>P.O. Box 250<br>149 Jonergin Drive<br>Swanton, VT 05488-1368 | CITI/SEARS<br>Centralized Bankruptcy<br>P.O. Box 790034<br>Saint Louis, MO 63179-0034 |
| CNH INDUSTRIAL CAPITAL<br>Attn.: Bankruptcy<br>P.O. Box 71264<br>Philadelphia, PA 19176-6264 | COMMONWEALTH FNANCING AUTHORITY<br>P.O. Box 884<br>Harrisburg, PA 17108-0884 | COMPTROLLER OPERATIONS<br>DCED LOAN ACCOUNTING<br>P.O. Box 554<br>Harrisburg, PA 17108-0554 |
| D&S GLOBAL SOLUTIONS<br>13809 Research Blvd.<br>Suite 800<br>Austin, TX 78750-1211 | D&S LTD.<br>13809 Research Blvd.<br>Austin, TX 78750-1211 | FIRST CITIZENS COMMUNITY BANK<br>1133 W. Main St.<br>Troy, PA 16947-1135 |
| FISHER & THOMPSON, INC.<br>100 Newport Rd.<br>Leola, PA 17540-1822 | FS AGRI-FINANCE<br>445 N. Minnesota St., Suite 1700<br>Saint Paul, MN 55101-3161 | GORRELL, GLENN D.<br>392 Wood Road<br>Milan, PA 18831-7977 |
| GORRELL, P. JEAN<br>220 Schwartzwood Road<br>Newton, NJ 07860 | GORRELL, ROBIN J.<br>392 Wood Road<br>Milan, PA 18831-7977 | GROWMARK FS<br>1701 Towanda Avenue<br>Bloomington, IL 61701-2057 |

| | | |
|---|---|---|
| Growmark FS LLC<br>FS Agri-Finance<br>% Mattes & Mattes, P.C.<br>324 North Washington Avenue<br>Scranton, PA 18503-1502 | (p)H ROCKWELL SON INC<br>430 TROY STREET<br>CANTON PA 17724-1024 | HESS FARM EQUIPMENT INC.<br>3886 Route 414<br>Canton, PA 17724-7507 |
| HUBNER SEED<br>800 N. Lindbergh Blvd., NC2B<br>Saint Louis, MO 63167-1000 | Hubner Seed and Monsanto Co<br>800 N Lindbergh Blvd<br>St Louis, MO 63167-1000 | JOHN DEERE CREDIT, U.S.A.<br>6400 NW 86th Street<br>P.O. Box 6600<br>Johnston, IA 50131-6600 |
| JOHN DEERE FINANCIAL<br>P.O. Box 6600<br>Milan, PA 18831-7977 | JUDSONS INC.<br>P.O. Box 67<br>Columbia Cross Roads, PA 16914-0067 | LAUREL HILL VETERINARY SERVICE, INC<br>P.O. Box 35<br>East Smithfield, PA 18817-0035 |
| MADIGAN TRUCKING INC.<br>5741 Burlington Turnpikc<br>Towanda, PA 18848-8476 | MAPLE CREST FARM<br>31 Shell Road<br>Columbia Cross Roads, PA 16914-8086 | McCORMICK LAW FIRM<br>Ann S. Pepperman, Esquire<br>835 West Fourth Street<br>Williamsport, PA 17701-6179 |
| OFFICE OF THE ATTORNEY GENERAL<br>15th Floor, Strawberry Square<br>Harrisburg, PA 17120-0001 | ONDA, LABUHN, RANKIN & BOGGS<br>35 North Fourth Street<br>Suite 100<br>Columbus, OH 43215-3612 | P. Carolina DeLeon-Bond<br>GROWMARK, Inc.<br>1701 Towanda Avenue<br>Bloomington, IL 61701-2057 |
| PENNSYLVANIA DEPT. OF REVENUE<br>Bankruptcy Division<br>P.O Box 280946<br>Harrisburg, PA 17128-1041 | USDA FARM SERVICE AGENCY<br>One Credit Union Place, Suite 320<br>Harrisburg, PA 17110-2994 | United States of America<br>Acting thru USDA Farm Service Agency<br>200 Lake Rd Suite D<br>Towanda, PA 18848-9693 |
| WOC ENERGY SERVICES<br>Attn: Credit Dept.<br>44 Reuter Blvd<br>Towanda, PA 18848-2153 | WRISLEY TRACK & WHEEL INC.<br>367 Milan Road<br>East Smithfield, PA 18817-7713 | David H Ealy<br>Cristo Law Group LLC d/b/a Trevett Crist<br>2 State Street<br>Suite 1000<br>Rochester, NY 14614-1352 |
| Gerard Spencer<br>c/o John H. Doran, Esquire<br>69 Public Square, Suite 700<br>Wilkes-Barre, PA 18701 | Glenn D. Gorrell<br>392 Wood Road<br>Milan, PA 18831-7977 | Kara Katherine Gendron<br>Mott & Gendron Law<br>(Trustee)<br>125 State St<br>Harrisburg, PA 17101-1025 |
| Robin J. Gorrell<br>392 Wood Road<br>Milan, PA 18831-7977 | | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

H. ROCKWELL & SON
P.O Box 197
Canton, PA 17724

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Deere & Company d/b/a John Deere Financial		(u)Farmers Home Administration		(u)U.S. Department of Agriculture, Farm Servi

(d)COMMONWEALTH OF PA   UCTS		(d)FIRST CITIZENS COMMUNITY BANK		(u)Gerard Spencer
DEPARTMENT OF LABOR AND INDUSTRY		15 South Main St.		c/o John H. Doran, Esquire
COLLECTIONS SUPPORT UNIT		Mansfield, PA 16933-1590		Address removed per docket entry 28
651 BOAS STREET, ROOM 925
HARRISBURG, PA 17121-0751

(d)Pennsylvania Department of Revenue		End of Label Matrix
Bankruptcy Division PO Box 280946		Mailable recipients    54
Harrisburg, PA  17128-0946		Bypassed recipients     7
		Total                  61