United States Bankruptcy Court

Middle District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 18-05275-MJC |
| Gorrell Dairy LLC | Chapter 12 |
| Glenn D. Gorrell | |
|     Debtors | |

# CERTIFICATE OF NOTICE

District/off: 0314-5        User: AutoDocke        Page 1 of 2
Date Rcvd: May 08, 2024        Form ID: pdf010        Total Noticed: 1

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 10, 2024:**

| Recip ID | Recipient Name and Address |
|---|---|
| 5191651 | BRADFORD COUNTY TAX CLAIM BUREAU, Courthouse, 301 Main Street, Towanda, PA 18848-1891 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: May 10, 2024        Signature:        /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 8, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Christopher H Kenyon | on behalf of Creditor First Citizens Community Bank ckenyon@mcclaw.com apepperman@mcclaw.com;jkeiser@mcclaw.com;awelty@mcclaw.com;afranklin@mcclaw.com |
| David H Ealy | on behalf of Debtor 1 Glenn D. Gorrell dealy@trevettcristo.com rkernan@trevettcristo.com |
| David H Ealy | on behalf of Miscellaneous Participant Glenn D. Gorrell dealy@trevettcristo.com rkernan@trevettcristo.com |
| David H Ealy | on behalf of Debtor 2 Robin J. Gorrell dealy@trevettcristo.com rkernan@trevettcristo.com |
| David H Ealy | on behalf of Miscellaneous Participant Robin J. Gorrell dealy@trevettcristo.com rkernan@trevettcristo.com |
| David H Ealy | on behalf of Debtor 1 Gorrell Dairy LLC dealy@trevettcristo.com rkernan@trevettcristo.com |
| James Warmbrodt | on behalf of Creditor U.S. Department of Agriculture Farm Service Agency bkgroup@kmllawgroup.com |

James Warmbrodt
    on behalf of Creditor Farmers Home Administration bkgroup@kmllawgroup.com

James Warmbrodt
    on behalf of Creditor United States of America Acting thru USDA Farm Service Agency bkgroup@kmllawgroup.com

James T. Shoemaker
    on behalf of Attorney Northern Tier Regional Planning and Development Commission c/o James T. Shoemaker Esquire jshoemaker@hkqpc.com

Kara Katherine Gendron
    karagendrontrustee@gmail.com PA89@ecfcbis.com,trusteenoticesbox@gmail.com

Keri P Ebeck
    on behalf of Creditor Deere & Company d/b/a John Deere Financial kebeck@bernsteinlaw.com btemple@bernsteinlaw.com;politicsci2@gmail.com;agilbert@bernsteinlaw.com;kebeck@ecf.courtdrive.com

Lara Shipkovitz Martin
    on behalf of Creditor Deere & Company d/b/a John Deere Financial lmartin@bernsteinlaw.com cwirick@bernsteinlaw.com;cwirick@ecf.courtdrive.com;lshipkovitz@ecf.courtdrive.com;laraship@gmail.com

Lisa M. Doran
    on behalf of Creditor Cargill Inc. ldoran@dorananddoran.com, LDoran@jubileebk.net

Matthew F. Marshall
    on behalf of Creditor AgChoice Farm Credit ACA mmarshall@dmkcg.com, jrickabaugh@dmkcg.com

Melissa L. Van Eck
    on behalf of Creditor Commonwealth of Pennsylvania Department of Revenue mvaneck@attorneygeneral.gov, ARC-CourtMiddleDistrict@attorneygeneral.gov

Roger Mattes, Jr
    on behalf of Creditor Gromark info@matteslawyers.com joan.bird@frontier.com

United States Trustee
    ustpregion03.ha.ecf@usdoj.gov

TOTAL: 18

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | Chapter 12 |
| | : | |
| Gorrell Dairy LLC, | : | Case No. 5:18-bk-05275-MJC |
| Glenn D. Gorrell, | : | Case No. 5:18-bk-05276-MJC |
| Robin J. Gorrell, | : | (Jointly Administered) |
| | : | |
| Debtors. | : | |
| | : | |

## ORDER

Upon consideration of the Stipulated Order Modifying Chapter 12 Plan filed at Dkt. # 149 in the above-captioned case ("Stipulated Order"), resolving the Chapter 12 Trustee's Limited Objection to Debtor's Motion to Modify Chapter 12 Plan, Dkt. # 141, agreed to and filed by the parties, and cause appearing, it is hereby

**ORDERED** that the Stipulated Order is **APPROVED**; and it is further

**ORDERED** that the Order Denying Debtor's Motion to Modify Chapter 12 Plan, Dkt. #147, is hereby **VACATED**.

By the Court,

_____
Mark J. Conway, Bankruptcy Judge
Dated: May 7, 2024