United States Bankruptcy Court

Middle District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 18-05275-MJC |
| Gorrell Dairy LLC | Chapter 12 |
| Glenn D. Gorrell | |
| Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0314-5 | User: AutoDocke | Page 1 of 2 |
| Date Rcvd: Sep 19, 2025 | Form ID: ntrevtfr | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol** **Definition**

\+ Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 21, 2025:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Gorrell Dairy LLC, 392 Wood Road, Milan, PA 18831-7977 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 21, 2025  Signature:  /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 19, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Christopher H Kenyon | on behalf of Creditor First Citizens Community Bank ckenyon@mcclaw.com apepperman@mcclaw.com;jkeiser@mcclaw.com;awelty@mcclaw.com;afranklin@mcclaw.com |
| David H Ealy | on behalf of Debtor 1 Glenn D. Gorrell dealy@trevettcristo.com rkernan@trevettcristo.com |
| David H Ealy | on behalf of Miscellaneous Participant Glenn D. Gorrell dealy@trevettcristo.com rkernan@trevettcristo.com |
| David H Ealy | on behalf of Debtor 2 Robin J. Gorrell dealy@trevettcristo.com rkernan@trevettcristo.com |
| David H Ealy | on behalf of Miscellaneous Participant Robin J. Gorrell dealy@trevettcristo.com rkernan@trevettcristo.com |

| | |
|---|---|
| David H Ealy | on behalf of Debtor 1 Gorrell Dairy LLC dealy@trevettcristo.com rkernan@trevettcristo.com |
| James Warmbrodt | on behalf of Creditor U.S. Department of Agriculture Farm Service Agency bkgroup@kmllawgroup.com |
| James Warmbrodt | on behalf of Creditor Farmers Home Administration bkgroup@kmllawgroup.com |
| James Warmbrodt | on behalf of Creditor United States of America Acting thru USDA Farm Service Agency bkgroup@kmllawgroup.com |
| James T. Shoemaker | on behalf of Attorney Northern Tier Regional Planning and Development Commission c/o James T. Shoemaker Esquire jshoemaker@hkqpc.com |
| Kara Katherine Gendron | karagendrontrustee@gmail.com PA89@ecfcbis.com,trusteenoticesbox@gmail.com |
| Keri P Ebeck | on behalf of Creditor Deere & Company d/b/a John Deere Financial kebeck@bernsteinlaw.com btemple@bernsteinlaw.com;politicsci2@gmail.com;agilbert@bernsteinlaw.com;kebeck@ecf.courtdrive.com |
| Lara Shipkovitz Martin | on behalf of Creditor Deere & Company d/b/a John Deere Financial lmartin@bernsteinlaw.com cwirick@bernsteinlaw.com;cwirick@ecf.courtdrive.com;lshipkovitz@ecf.courtdrive.com;laraship@gmail.com |
| Lisa M. Doran | on behalf of Creditor Cargill Inc. ldoran@dorananddoran.com, LDoran@jubileebk.net |
| Matthew F. Marshall | on behalf of Creditor AgChoice Farm Credit ACA mmarshall@dmkcg.com, jrickabaugh@dmkcg.com |
| Melissa L. Van Eck | on behalf of Creditor Commonwealth of Pennsylvania Department of Revenue mvaneck@attorneygeneral.gov, ARC-CourtMiddleDistrict@attorneygeneral.gov |
| Roger Mattes, Jr | on behalf of Creditor Gromark info@matteslawers.com joan.bird@frontier.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 18

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Gorrell Dairy LLC,   Chapter   12

**Debtor 1**

Case No.   5:18−bk−05275−MJC

## Notice

Notice to Debtor 1:

The Trustee has filed a final report and final account certifying that the estate has been fully administered. If within thirty (30) days no objection has been filed by the United States Trustee or a party in interest, pursuant to F.R.B.P. 5009, there shall be a presumption that the estate has been fully administered and this case will be closed without further notice.

Pursuant to L.B.R. 3015−6 a discharge will not be entered for Debtor 1 unless a Certification in Support of Discharge is filed. Only Certifications filed on or after the date plan payments were completed are valid, certifications filed before that date must be refiled.

| **Address of the Bankruptcy Clerk's Office:**<br>Max Rosenn U.S. Courthouse<br>197 South Main Street<br>Wilkes−Barre, PA 18701<br>(570) 831−2500 | **For the Court:**<br>Seth F. Eisenberg<br>Clerk of the Bankruptcy Court:<br>By: ChristopherGambini, Deputy Clerk |
|---|---|
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: September 19, 2025 |

ntrevtfr(04/18)