Certificate Number: 05781-PAM-DE-040333251

Bankruptcy Case Number: 18-05275



05781-PAM-DE-040333251

# C<span>ERTIFICATE</span> O<span>F</span> D<span>EBTOR</span> E<span>DUCATION</span>

I CERTIFY that on <u>November 20, 2025</u>, at <u>7:43</u> o'clock <u>AM PST</u>, <u>Gorrell Dairy LLC</u> completed a course on personal financial management given <u>by internet</u> by <u>Sage Personal Finance</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>Middle District of Pennsylvania</u>.

Date:   <u>November 20, 2025</u>            By:   <u>/s/Allison M Geving</u>

                                          Name: <u>Allison M Geving</u>

                                          Title: <u>President</u>