| | |
|---|---|
| In re: | Case No. 18-05275-MJC |
| Gorrell Dairy LLC | Chapter 12 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0314-5 | User: AutoDocke | Page 1 of 3 |
| Date Rcvd: Dec 08, 2025 | Form ID: 3180F | Total Noticed: 49 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 10, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Gorrell Dairy LLC, 392 Wood Road, Milan, PA 18831-7977 |
| aty | + | Northern Tier Regional Planning and Development Co, 600 Third Avenue, Kingston, PA 18704-5815 |
| cr | | Cargill, Inc., Lisa M. Doran, Esquire, 69 Public Square, Suite 700, Wilkes-Barre, PA 18701 |
| cr | | Commonwealth of Pennsylvania, Department of Revenu, Bureau of Compliance, PO Box 280948, Harrisburg, PA 17128-0938 |
| cr | | Gerard Spencer, c/o John H. Doran, Esquire, 69 Public Square, Suite 700, Wilkes-Barre, PA 18701 |
| svcadd | + | Glenn D. Gorrell, 392 Wood Road, Milan, PA 18831-7977 |
| cr | + | Gromark, % Mattes & Mattes, P.C., 324 North Washington Avenue, Scranton, PA 18503-1502 |
| svcadd | + | Robin J. Gorrell, 392 Wood Road, Milan, PA 18831-7977 |
| 5172181 | + | 1112 Ekstam Drive Unit #3, 308 NE Front Street, Milford, DE 19963-1434 |
| 5142005 | + | ACKLEYS GARAGE, 5299 Mac Road, Ulster, PA 18850-7874 |
| 5191651 | | BRADFORD COUNTY TAX CLAIM BUREAU, Courthouse, 301 Main Street, Towanda, PA 18848-1891 |
| 5191652 | + | CARGILL ANIMAL NUTRITION, P.O. Box 250, 149 Jonergin Drive, Swanton, VT 05488-1368 |
| 5142007 | + | COMMONWEALTH FNANCING AUTHORITY, P.O. Box 884, Harrisburg, PA 17108-0884 |
| 5267171 | + | COMMONWEALTH OF PA UCTS, DEPARTMENT OF LABOR AND INDUSTRY, COLLECTIONS SUPPORT UNIT, 651 BOAS STREET, ROOM 925, HARRISBURG, PA 17121-0751 |
| 5191655 | + | COMPTROLLER OPERATIONS, DCED LOAN ACCOUNTING, P.O. Box 554, Harrisburg, PA 17108-0554 |
| 5142010 | + | FIRST CITIZENS COMMUNITY BANK, 15 South Main St., Mansfield, PA 16933-1590 |
| 5142009 | + | FIRST CITIZENS COMMUNITY BANK, 1133 W. Main St., Troy, PA 16947-1135 |
| 5142011 | + | FISHER & THOMPSON, INC., 100 Newport Rd., Leola, PA 17540-1822 |
| 5142012 | + | FS AGRI-FINANCE, 445 N. Minnesota St., Suite 1700, Saint Paul, MN 55101-3161 |
| 5142013 | + | GORRELL, GLENN D., 392 Wood Road, Milan, PA 18831-7977 |
| 5191657 | + | GORRELL, GLENN D., 392 Wood Road, Milan, PA 18831-7977 |
| 5191673 | + | GORRELL, GLENN D., 392 Wood Road, Milan, PA 18831-7977 |
| 5191658 | | GORRELL, P. JEAN, 220 Schwartzwood Road, Newton, NJ 07860 |
| 5191659 | + | GORRELL, ROBIN J., 392 Wood Road, Milan, PA 18831-7977 |
| 5191675 | + | GORRELL, ROBIN J., 392 Wood Road, Milan, PA 18831-7977 |
| 5172378 | + | GROWMARK FS, 1701 Towanda Avenue, Bloomington, IL 61701-2057 |
| 5186888 | + | Growmark FS LLC, FS Agri-Finance, % Mattes & Mattes, P.C., 324 North Washington Avenue, Scranton, PA 18503-1502 |
| 5191660 | ++ | H ROCKWELL SON INC, 430 TROY STREET, CANTON PA 17724-1024 address filed with court:, H. ROCKWELL & SON, P.O Box 197, Canton, PA 17724 |
| 5142014 | + | HESS FARM EQUIPMENT INC., 3886 Route 414, Canton, PA 17724-7507 |
| 5142015 | + | HUBNER SEED, 800 N. Lindbergh Blvd., NC2B, Saint Louis, MO 63167-1000 |
| 5153998 | + | Hubner Seed and Monsanto Co, 800 N Lindbergh Blvd, St Louis, MO 63167-1000 |
| 5191661 | | JOHN DEERE CREDIT, U.S.A., 6400 NW 86th Street, P.O. Box 6600, Johnston, IA 50131-6600 |
| 5191662 | | JOHN DEERE FINANCIAL, P.O. Box 6600, Milan, PA 18831-7977 |
| 5142016 | + | JUDSONS INC., P.O. Box 67, Columbia Cross Roads, PA 16914-0067 |
| 5142017 | + | LAUREL HILL VETERINARY SERVICE, INC, P.O. Box 35, East Smithfield, PA 18817-0035 |
| 5142018 | + | MADIGAN TRUCKING INC., 5741 Burlington Turnpikc, Towanda, PA 18848-8476 |
| 5142019 | + | MAPLE CREST FARM, 31 Shell Road, Columbia Cross Roads, PA 16914-8086 |
| 5142020 | + | McCORMICK LAW FIRM, Ann S. Pepperman, Esquire, 835 West Fourth Street, Williamsport, PA 17701-6179 |
| 5191663 | + | OFFICE OF THE ATTORNEY GENERAL, 15th Floor, Strawberry Square, Harrisburg, PA 17120-0001 |
| 5142021 | + | ONDA, LABUHN, RANKIN & BOGGS, 35 North Fourth Street, Suite 100, Columbus, OH 43215-0267 |
| 5172377 | + | P. Carolina DeLeon-Bond, GROWMARK, Inc., 1701 Towanda Avenue, Bloomington, IL 61701-2057 |
| 5142022 | | USDA FARM SERVICE AGENCY, One Credit Union Place, Suite 320, Harrisburg, PA 17110-2994 |

| | | |
|---|---|---|
| 5160101 | + | United States of America, Acting thru USDA Farm Service Agency, 200 Lake Rd Suite D, Towanda, PA 18848-9693 |
| 5142024 | + | WRISLEY TRACK & WHEEL INC., 367 Milan Road, East Smithfield, PA 18817-7713 |

TOTAL: 44

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 5191650 | + | Email/PDF: bncnotices@becket-lee.com | Dec 08 2025 18:50:39 | AMERICAN EXPRESS, Correspondence Bankruptcy, P.O. Box 981540, El Paso, TX 79998-1540 |
| 5191653 | + | EDI: CITICORP | Dec 08 2025 23:39:00 | CITI/SEARS, Centralized Bankruptcy, P.O. Box 790034, Saint Louis, MO 63179-0034 |
| 5191654 | + | Email/Text: nafaxhrbk@cnhind.com | Dec 08 2025 18:42:00 | CNH INDUSTRIAL CAPITAL, Attn.: Bankruptcy, P.O. Box 71264, Philadelphia, PA 19176-6264 |
| 5146493 | | EDI: PENNDEPTREV | Dec 08 2025 23:39:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg, PA 17128-0946 |
| 5142023 | + | Email/Text: reastabrook@godandy.com | Dec 08 2025 18:42:00 | WOC ENERGY SERVICES, Attn: Credit Dept., 44 Reuter Blvd, Towanda, PA 18848-2153 |

TOTAL: 5

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 5159033 | | Gerard Spencer, c/o John H. Doran, Esquire, Address removed per docket entry 28 |
| cr | *+ | COMMONWEALTH OF PA - UCTS, DEPARTMENT OF LABOR AND INDUSTRY, COLLECTIONS SUPPORT UNIT, 651 BOAS ST, ROOM 925, HARRISBURG, PA 17121-0751 |
| cr | *+ | First Citizens Community Bank, 15 South Main Street, Mansfield, PA 16933-1590 |
| 5191665 | *+ | AG CHOICE FARM CREDIT, 24668 Route 6, Towanda, PA 18848-8255 |
| 5191666 | *+ | AMERICAN EXPRESS, Correspondence Bankruptcy, P.O. Box 981540, El Paso, TX 79998-1540 |
| 5191667 | * | BRADFORD COUNTY TAX CLAIM BUREAU, Courthouse, 301 Main Street, Towanda, PA 18848-1891 |
| 5191668 | *+ | CARGILL ANIMAL NUTRITION, P.O. Box 250, 149 Jonergin Drive, Swanton, VT 05488-1368 |
| 5191669 | *+ | CITI/SEARS, Centralized Bankruptcy, P.O. Box 790034, Saint Louis, MO 63179-0034 |
| 5191670 | *+ | CNH INDUSTRIAL CAPITAL, Attn.: Bankruptcy, P.O. Box 71264, Philadelphia, PA 19176-6264 |
| 5191671 | *+ | COMPTROLLER OPERATIONS, DCED LOAN ACCOUNTING, P.O. Box 554, Harrisburg, PA 17108-0554 |
| 5191672 | *+ | D&S LTD., 13809 Research Blvd., Austin, TX 78750-1211 |
| 5191674 | * | GORRELL, P. JEAN, 220 Schwartzwood Road, Newton, NJ 07860 |
| 5191676 | *P++ | H ROCKWELL SON INC, 430 TROY STREET, CANTON PA 17724-1024, address filed with court:, H. ROCKWELL & SON, P.O Box 197, Canton, PA 17724 |
| 5191677 | * | JOHN DEERE CREDIT, U.S.A., 6400 NW 86th Street, P.O. Box 6600, Johnston, IA 50131-6600 |
| 5191678 | * | JOHN DEERE FINANCIAL, P.O. Box 6600, Milan, PA 18831-7977 |
| 5191679 | *+ | OFFICE OF THE ATTORNEY GENERAL, 15th Floor, Strawberry Square, Harrisburg, PA 17120-0001 |
| 5191664 | * | PENNSYLVANIA DEPT. OF REVENUE, Bankruptcy Division, P.O Box 280946, Harrisburg, PA 17128-1041 |
| 5191680 | * | PENNSYLVANIA DEPT. OF REVENUE, Bankruptcy Division, P.O Box 280946, Harrisburg, PA 17128-1041 |
| 5191649 | ##+ | AG CHOICE FARM CREDIT, 24668 Route 6, Towanda, PA 18848-8255 |
| 5142006 | ## | ANIMART LLC, P.O. Box 575, Manchester, PA 17345-0575 |
| 5142008 | ##+ | D&S GLOBAL SOLUTIONS, 13809 Research Blvd., Suite 800, Austin, TX 78750-1211 |
| 5191656 | ##+ | D&S LTD., 13809 Research Blvd., Austin, TX 78750-1211 |

TOTAL: 1 Undeliverable, 17 Duplicate, 4 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 10, 2025     Signature:     /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 8, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Christopher H Kenyon | on behalf of Creditor First Citizens Community Bank ckenyon@mcclaw.com apepperman@mcclaw.com;jkeiser@mcclaw.com;awelty@mcclaw.com;afranklin@mcclaw.com |
| David H Ealy | on behalf of Debtor 2 Robin J. Gorrell dealy@trevettcristo.com  rkernan@trevettcristo.com |
| David H Ealy | on behalf of Debtor 1 Gorrell Dairy LLC dealy@trevettcristo.com  rkernan@trevettcristo.com |
| David H Ealy | on behalf of Service Addressee Robin J. Gorrell dealy@trevettcristo.com  rkernan@trevettcristo.com |
| David H Ealy | on behalf of Service Addressee Glenn D. Gorrell dealy@trevettcristo.com  rkernan@trevettcristo.com |
| David H Ealy | on behalf of Debtor 1 Glenn D. Gorrell dealy@trevettcristo.com  rkernan@trevettcristo.com |
| James Warmbrodt | on behalf of Creditor U.S. Department of Agriculture  Farm Service Agency bkgroup@kmllawgroup.com |
| James Warmbrodt | on behalf of Creditor Farmers Home Administration bkgroup@kmllawgroup.com |
| James Warmbrodt | on behalf of Creditor United States of America Acting thru USDA Farm Service Agency bkgroup@kmllawgroup.com |
| James T. Shoemaker | on behalf of Attorney Northern Tier Regional Planning and Development Commission c/o James T. Shoemaker  Esquire jshoemaker@hkqpc.com |
| Kara Katherine Gendron | karagendrontrustee@gmail.com  PA89@ecfcbis.com |
| Keri P Ebeck | on behalf of Creditor Deere & Company d/b/a John Deere Financial kebeck@bernsteinlaw.com btemple@bernsteinlaw.com;politicsci2@gmail.com;agilbert@bernsteinlaw.com;kebeck@ecf.courtdrive.com |
| Lara Shipkovitz Martin | on behalf of Creditor Deere & Company d/b/a John Deere Financial lmartin@bernsteinlaw.com cwirick@bernsteinlaw.com;cwirick@ecf.courtdrive.com;lshipkovitz@ecf.courtdrive.com;laraship@gmail.com |
| Lisa M. Doran | on behalf of Creditor Cargill  Inc. ldoran@dorananddoran.com, LDoran@jubileebk.net |
| Matthew F. Marshall | on behalf of Creditor AgChoice Farm Credit  ACA mmarshall@dmkcg.com, jrickabaugh@dmkcg.com |
| Melissa L. Van Eck | on behalf of Creditor Commonwealth of Pennsylvania  Department of Revenue mvaneck@attorneygeneral.gov, ARC-CourtMiddleDistrict@attorneygeneral.gov |
| Roger Mattes, Jr | on behalf of Creditor Gromark info@matteslawers.com  joan.bird@frontier.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 18

| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | Gorrell Dairy LLC<br>First Name   Middle Name   Last Name | Social Security number or ITIN ____<br>EIN  27–4151727 |
| Debtor 2<br>(Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN ____<br>EIN  __–_____ |
| United States Bankruptcy Court   Middle District of Pennsylvania | | |
| Case number:   5:18-bk-05275-MJC | | |

## Order of Discharge

12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1228(a) is granted to:

Gorrell Dairy LLC

12/8/25

**By the court:**

*[signature]*

Mark J. Conway, United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 12 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 12 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

- ♦ debts that are domestic support obligations;

- ♦ debts for most student loans;

- ♦ debts for most taxes;

- ♦ debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

**For more information, see page 2 >**

Form 3180F         Chapter 12 Discharge         page 1

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans;

- debts provided for under 11 U.S.C. § 1222(b)(5) or (b)(9) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 12 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

Form 3180F **Chapter 12 Discharge** page 2