United States Bankruptcy Court

Middle District of Pennsylvania

In re:                                                                    Case No. 18-05275-MJC

Gorrell Dairy LLC                                                         Chapter 12

     Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-5                    User: AutoDocke                    Page 1 of 2

Date Rcvd: Apr 02, 2026                 Form ID: fnldec                    Total Noticed: 1

The following symbols are used throughout this certificate:

**Symbol        Definition**

+               Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS
                regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 04, 2026:**

**Recip ID              Recipient Name and Address**
db                  +  Gorrell Dairy LLC, 392 Wood Road, Milan, PA 18831-7977

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 04, 2026                 Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 2, 2026 at the address(es) listed below:**

**Name**                        **Email Address**

Christopher H Kenyon

                                on behalf of Creditor First Citizens Community Bank ckenyon@mcclaw.com
                                apepperman@mcclaw.com;jkeiser@mcclaw.com;awelty@mcclaw.com;afranklin@mcclaw.com

David H Ealy

                                on behalf of Service Addressee Robin J. Gorrell dealy@trevettcristo.com  rkernan@trevettcristo.com

David H Ealy

                                on behalf of Service Addressee Glenn D. Gorrell dealy@trevettcristo.com  rkernan@trevettcristo.com

David H Ealy

                                on behalf of Debtor 1 Glenn D. Gorrell dealy@trevettcristo.com  rkernan@trevettcristo.com

David H Ealy

                                on behalf of Debtor 2 Robin J. Gorrell dealy@trevettcristo.com  rkernan@trevettcristo.com

David H Ealy

                                on behalf of Debtor 1 Gorrell Dairy LLC dealy@trevettcristo.com  rkernan@trevettcristo.com

James Warmbrodt

on behalf of Creditor Farmers Home Administration bkgroup@kmllawgroup.com

James Warmbrodt

on behalf of Creditor United States of America Acting thru USDA Farm Service Agency bkgroup@kmllawgroup.com

James Warmbrodt

on behalf of Creditor U.S. Department of Agriculture  Farm Service Agency bkgroup@kmllawgroup.com

James T. Shoemaker

on behalf of Attorney Northern Tier Regional Planning and Development Commission c/o James T. Shoemaker  Esquire jshoemaker@hkqpc.com

Kara Katherine Gendron

karagendrontrustee@gmail.com  PA89@ecfcbis.com

Keri P Ebeck

on behalf of Creditor Deere & Company d/b/a John Deere Financial kebeck@metzlewis.com btemple@bernsteinlaw.com;politicsci2@gmail.com;agilbert@bernsteinlaw.com;kebeck@ecf.courtdrive.com

Lara Shipkovitz Martin

on behalf of Creditor Deere & Company d/b/a John Deere Financial lmartin@bernsteinlaw.com cwirick@bernsteinlaw.com;cwirick@ecf.courtdrive.com;lshipkovitz@ecf.courtdrive.com;laraship@gmail.com

Lisa M. Doran

on behalf of Creditor Cargill  Inc. ldoran@dorananddoran.com, LDoran@jubileebk.net

Matthew F. Marshall

on behalf of Creditor AgChoice Farm Credit  ACA mmarshall@dmkcg.com, jrickabaugh@dmkcg.com

Melissa L. Van Eck

on behalf of Creditor Commonwealth of Pennsylvania  Department of Revenue mvaneck@attorneygeneral.gov, ARC-CourtMiddleDistrict@attorneygeneral.gov

Roger Mattes, Jr

on behalf of Creditor Gromark info@matteslawers.com  joan.bird@frontier.com

United States Trustee

ustpregion03.ha.ecf@usdoj.gov

TOTAL: 18

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Gorrell Dairy LLC,                                    Chapter          12

        **Debtor 1**

        Case No.          5:18−bk−05275−MJC

Social Security No.:

Employer's Tax I.D. No.:

        27−4151727

# FINAL DECREE

The estate of the above named debtor(s) has been fully administered and the deposit required by the plan has been distributed.

By the Court,

Mark J. Conway, United States Bankruptcy Judge

Dated:  April 2, 2026

**fnldec** (01/22)